BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:19-mj-03735-JJO-1
*Internal Use Only*

Case title: USA v. Fishman

Date Filed: 10/29/2019
Date Terminated: 10/31/2019

Assigned to: Ch. Magistrate Judge John J. O'Sullivan

**Defendant (1)**

**Seth Fishman**
18434-104
*YOB: 1971; ENGLISH*
*TERMINATED: 10/31/2019*

represented by **Andrew S. Feldman**
Feldman Firm PLLC
Miami Southeast Financial Center
200 S. Biscayne Blvd
Suite 2790
Miami, FL 33131
305 714 9474
Fax: 305 714 9555
Email: afeldman@feldmanpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Neal Russell Sonnett**
Neal R. Sonnett, P.A.
2 S Biscayne Boulevard
Suite 2600
Miami, FL 33131-1819
305-358-2000
Fax: 888-277-0333
Email: nrslaw@sonnett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

1

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

WARRANT/COMPLAINT/SOUTHERN
DISTRICT OF NEW
YORK/INTRODUCTION INTO
INTERSTATE COMMERCE OF
MISBRANDED DRUGS W/INTENT TO
DEFRAUD/MISLEAD

**Plaintiff**

USA                                    represented by  **Maria K. Medetis**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9010
Email: Maria.Medetis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/29/2019 | 1 | 4 | Magistrate Removal of Warrant/Complaint from the Southern District of New York; Case number in the other District 19MAG 10120, as to Seth Fishman (1). (cg1) (Entered: 10/30/2019) |
| 10/29/2019 | 2 | 14 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Seth Fishman held on 10/29/2019. Date of Arrest or Surrender: 10/28/19. Detention Hearing set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Removal set for 11/1/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: Andrew S. Feldman, Neal Russell Sonnett for Seth Fishman (Digital 13:38:39/13:53:53) Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/29/2019. (cg1) (Entered: 10/30/2019) |
| 10/29/2019 | 4 | 16 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Neal Russell Sonnett and Andrew S. Feldman appearing for Seth Fishman (mdc) (Entered: 10/30/2019) |
| 10/30/2019 | | | Reset Hearings as to Seth Fishman: Detention Hearing reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Removal reset for 10/31/2019 10:00 AM in Miami Division before MIA Duty Magistrate, per agreement of the parties. (cg1) (Entered: 10/30/2019) |

| | | | |
|---|---|---|---|
| 10/30/2019 | 3 | 15 | ORDER to Unseal as to Seth Fishman. Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/29/2019. *See attached document for full details.* (mdc) (Entered: 10/30/2019) |
| 10/31/2019 | 5 | 17 | Minute Entry for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: **Report Re Counsel** Hearing as to Seth Fishman held on 10/31/2019, Status Conference Re: Removal and Detention Hearing as to Seth Fishman held on 10/31/2019, Bond Set as to Seth Fishman (1) Stipulated $100K PSB. Defendant waived removal and ordered removed to the Southern District of New York, to appear on 11/12/2019. (Digital 10:18:58) (aw) (Entered: 10/31/2019) |
| 10/31/2019 | 6 | 19 | $100,000.00 PSB Bond Entered as to Seth Fishman Approved by Ch. Magistrate Judge John J. O'Sullivan. *Please see bond image for conditions of release.* (aw) (Entered: 11/01/2019) |
| 10/31/2019 | 7 | 24 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Seth Fishman (aw) (Entered: 11/01/2019) |
| 10/31/2019 | 8 | 25 | ORDER OF REMOVAL ISSUED for the Southern District of New York as to Seth Fishman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 10/31/2019. *See attached document for full details.* (aw) (Entered: 11/01/2019) |

# MINUTE ORDER

Page 1

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor          Date: 10/29/2019   Time: 1:30 p.m.

Defendant: SETH FISHMAN     J#: 18434-104    Case #: 19-3735-MJ-O'SULLIVAN SEALED

AUSA: Maria Medetis        Attorney: Andrew Feldman for

Violation: S/D/NY/WARR/COMP/INTRODUCTION INTO INTERSTATE COMMERCE OF MISBRANDED DRUGS W/INTENT TO DEFRAUD/MISLEAD

Surr/Arrest Date: 10/28/2019   YOB: 1971

Neil Sonnett -

Proceeding: Initial Appearance       CJA Appt: Temp.

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:

Bond Set at:            Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: Spa English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition:

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

Case unsealed.
Gov't req. case (docket)
remain sealed
until I/A in N.Y. —
Court DENIES.
Gov't —

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by

△ stated he can
afford cnsl and
will be rep. by Neil
Sonnet sq.
Gov't — ptd —
3 days.

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Time from today to ___ excluded from Speedy Trial Clock   Fri.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 11/1  10 AM
PTD/Bond Hearing: 11/1  10 AM
Prelim/Arraign or Removal: Rpt re: 11/1  10 AM
Status Conference RE:

D.A.R. 13:38:39 / 13:53:53       Time in Court: 5

s/John J. O'Sullivan        Chief Magistrate Judge

14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3735-MJ-O'SULLIVAN   (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

SETH FISHMAN,
    Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 10/29/2019

_____
John J. O'Sullivan
**CHIEF UNITED STATES MAGISTRATE JUDGE**

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-3735-JJO

UNITED STATES OF AMERICA,
Plaintiff,

v.

Seth Fishman
Defendant.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW __Andrew S Feldman / Neal R. Sonnett__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Andrew S Feldman / Neal R. Sonnett

Counsel's Signature: _____ for Neal Sonnett

Address (include City/State/Zip Code):
2 S Biscayne Blvd #2600
Miami FL 33131

Telephone: 305 333 5444     Florida Bar Number: 60325
Date: 10/29/2019       305 714 9474        105986

16

Case 1:20-cr-00160-MKV Document 4 Filed 11/01/19 Page 7 of 15
Case 1:19-mj-03735-JJO Document 4 Entered on FLSD Docket 11/01/2019 Page 17 of 25
Page 13

## COURT MINUTES

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor  Released  Date: 10/31/19  Time: 10:00 a.m.

Defendant: Seth Fishman   J#: 18434-104   Case #: 19-3735-O'Sullivan

AUSA: Michael Davis   Attorney: Andrew Feldman - Temp.

Violation: S/D/NY/Complt/Misbranded Drugs intent Defraud

Proceeding: Rrc, Removal & Ptd   CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: Ptd

Bond Set at: ___   Co-signed by: Rut Fishman

☑ Surrender and/or do not obtain passports/travel docs

☑ Report to PTS as (directed) or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses

☐ No firearms

☑ Not to encumber property

☑ May not visit transportation establishments  may travel on trains in SD/FL

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

*☑ Travel extended to: SD/FL + SD/NY

☑ Other: see attached conditions

Language: English

Disposition: Neil Sonnett Esq. Temp.

Stip —

$100K PSb.

Court sets.
D waived removal
& removed to SDNY
to appear SD/NY
11/12/19.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date: ___ Time: ___ Judge: cnsl/court Place: ___
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:18:58   Time in Court: 6

## United States v. Fishman
Recommended Bond Conditions

- $100,000 personal surety bond secured by defendant's residence at 2565 S. Ocean Blvd. #412N, Boca Raton, Florida 33487, which defendant has advised he owns unencumbered. Defendant to enter a confession of judgment in the county where the residence is located within 14 days indicating that the residence will serve as security for satisfaction of his bond conditions. Defendant will provide copy of confession of judgment both to government and to Probation/Pretrial Services

- Bond signed by the defendant and one additional co-signer within 14 days.

- Travel restricted to SDFL, SDNY, and transit points in between

- Pretrial supervision as directed

- Surrender any and all travel documents and no new applications

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel

- None of the signatories may sell, pledge, mortgage hypothecate, encumber, etc. any real property they own until the bond is discharged or otherwise modified by the Court

- May not visit commercial transportation establishments except Brightline and any train line which travels only within SDFL

- Defendant to be released on his own signature in SDFL Thursday 10/31 with appearance in SDNY on Tuesday 11/12

18

(Rev. 7/09)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 19-MJ-03735-JJO

UNITED STATES OF AMERICA
        Plaintiff,                         JAIL # _____

v.

SETH FISHMAN

        Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $100,000.00 ~~USD~~ PSB _____.

## **STANDARD CONDITIONS OF BOND**

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    6. Shall not commit any act in violation of state or federal laws.

19

DEFENDANT: SETH FISHMAN
CASE NUMBER: 19-MJ-03735-JJO
PAGE TWO

### SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

- ✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;
- ✓ b. Report to Pretrial Services as follows: (✗) as directed or ____ time(s) a week in person and ____ time(s) a week by telephone;
- ___ c. Submit to substance abuse testing and/or treatment;
- ___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;
- ___ e. Participate in mental health assessment and/or treatment;
- ___ f. Participate and undergo a sex offense specific evaluation and treatment;
- ___ g. Maintain or actively seek full-time employment;
- ___ h. Maintain or begin an educational program;
- ✓ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;
- ~~j.~~ Refrain from possessing a firearm, destructive device or other dangerous weapons;
- ✓ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;
- ✓ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*; except Brightline & any trainline which only travels within SDFL
- ___ m. No access to the internet via any type of connectivity device (*i.e.* computers, pda's, cellular phones, tv's), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;
- ___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will** include electronic monitoring or other location verification system, paid for by the defendant *based upon his/her ability to pay* ( ) or **paid for by Pretrial Services** ( ).
  - ___ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.
  - ___ **Home Detention:** You are restricted to your residence at all times except for: ( ) medical needs or treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) other _____.

- ___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: ( ) employment; ( ) education; ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits; ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and ( ) other _____.

- ✓ p. May travel to and from: SDFL and SDNY _____, and must notify Pretrial Services of travel plans before leaving and upon return.

- ✓ q. Comply with the following additional conditions of bond: appear SDNY on 11/12/19.
  ~~See Supplemental Conditions of Release.~~

20

## United States v. Fishman
Recommended Bond Conditions

- $100,000 personal surety bond secured by defendant's residence at 2565 S. Ocean Blvd. #412N, Boca Raton, Florida 33487, which defendant has advised he owns unencumbered. Defendant to enter a confession of judgment in the county where the residence is located within 14 days indicating that the residence will serve as security for satisfaction of his bond conditions. Defendant will provide copy of confession of judgment both to government and to Probation/Pretrial Services

- Bond signed by the defendant and one additional co-signer within 14 days.

- Travel restricted to SDFL, SDNY, and transit points in between

- Pretrial supervision as directed

- Surrender any and all travel documents and no new applications

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel

- None of the signatories may sell, pledge, mortgage hypothecate, encumber, etc. any real property they own until the bond is discharged or otherwise modified by the Court

- May not visit commercial transportation establishments except Brightline and any train line which travels only within SDFL

- Defendant to be released on his own signature in SDFL Thursday 10/31 with appearance in SDNY on Tuesday 11/12

DEFENDANT: SETH FISHMAN
CASE NUMBER: 19-MJ-03735-JJO
PAGE THREE

### PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

22

DEFENDANT: SETH FISHMAN
CASE NO.: 19-MJ-03735-JJO
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 31st day of October, 2019 at Miami
Signed and acknowledged before me:   DEFENDANT: (Signature) [signed]
WITNESS: [signed]
Miami        Florida           Miami       FL
City          State            City         State

**CORPORATE SURETY**

Signed this ___ day of _____, 200__ at _____, Florida
SURETY: _____      AGENT:(Signature) _____
City     State       PRINT NAME: _____

**INDIVIDUAL SURETIES**

Signed this 31 day of Oct, 2019 at Miami, Florida     Signed this ___ day of _____, 200_ at _____, Florida
SURETY:(Signature) [signed]                           SURETY:(Signature) _____
PRINT NAME: ROBERT FISHMAN                            PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: FATHER                     RELATIONSHIP TO DEFENDANT _____
Great Neck    NY                                      _____    _____
City          State                                   City      State

Signed this __ day of _____, 200_ at _____, Florida   Signed this __ day of _____, 200_ at _____, Florida
SURETY:(Signature) _____                              SURETY:(Signature) _____
PRINT NAME: _____                                     PRINT NAME: _____
RELATIONSHIP TO DEFENDANT _____                       RELATIONSHIP TO DEFENDANT _____
City     State                                          City     State

**APPROVAL BY COURT**

Date: 10/31/19

Select One [signed]

UNITED STATES MAGISTRATE JUDGE

23

Case 1:20-cr-00160-MKV   Document 4   Filed 11/01/19   Page 14 of 15

Case 1:19-mj-03735-JJO Document 7 Filed 10/31/19 Page 1 of 2   Case 1:19-mj-03735-JJO Document 9 Entered on FLSD Docket 11/20/19 Page 24 of 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 19-3735-O'Sullivan

United States of America
    Plaintiff,
v.

                             Charging District's Case No. 19-10120

Seth Fishman,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/31/19

                                            Defendant's Signature

                                            John J. O'Sullivan
                                            United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-3735-O'Sullivan

United States of America
    Plaintiff,

v.

Seth Fishman,
    Defendant.

_____/

### ORDER OF REMOVAL

It appearing that in the **Southern District of New York**, an Indictment was filed against the above-named defendant on a charge of **S/D/NY/Complt/Misbranded Drugs intent Defraud**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **Southern District of New York,** it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $ _100,000 PSB_ which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 10/31/19.

                                                               John J. O'Sullivan
                                                                United States Chief Magistrate Judge