

**Andrew S. Feldman**
Feldman Firm, PLLC
Southeast Financial Center
200 S. Biscayne Blvd, Suite 2770
Miami, Florida 33131
Phone: 305.714.9474
Mobile: 202.320.7705
Email: afeldman@feldmanpllc.com
Website: www.feldmanpllc.com
Florida Bar No. 60325
NY Bar Reg No: 4864799

June 17, 2020

<u>**VIA CM/ECF**</u>
Honorable Mary K. Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 18-C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020
```

<u>**U.S. v. Seth Fishman, DVM, 20-cr-160-MKV (SDNY)**</u>

*RE: Motion for Extension of Time to File Reply to Government's Response to Motion for Bill of Particulars by or before June 22, 2020*

Dear Judge Vyskocil:

We write to you to request a brief five (5) day extension to reply to the Government's Response to Dr. Fishman's Motion for a Bill of Particulars by or before June 22, 2020. The undersigned has conferred with AUSA Andrew Adams who has no objection to this request.

On May 14, 2020, Dr. Fishman filed the Motion. ECF-202. On June 1, 2020, your Honor issued an order setting a schedule to respond to the Motion for Bill of Particulars requiring that the Government respond by June 10, 2020 and requiring that Dr. Fishman reply by June 17, 2020. ECF-207.

The undersigned needs additional time this week for three reasons. First, the undersigned has not had adequate time to respond because of care-taking responsibilities related to his 2-month old daughter. Second, the undersigned has a deadline to respond and to produce thousands of documents in an unrelated matter in another jurisdiction (outside of New York) this week. Third, the undersigned requires additional time to adequately respond to the 45-page response filed by the Government. The legal and factual issues presented by the Motion are complex and require additional time.

Honorable Mary K. Vyskocil

Page 2

     For these reasons, Dr. Fishman respectfully moves your Honor to endorse this application "SO GRANTED" for an extension of time to file the Reply by or before June 22, 2020.

                                           Sincerely,

                                           FELDMAN FIRM, PLLC

                                           Andrew S. Feldman

**Granted. SO ORDERED.**

Date: 6/17/2020  
New York, New York

*/s/ Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge

2