

US v Seth Fishman
20cr160

**A**

Motion to Travel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
Plaintiff )
) Case No. 20-CR-00160
) Hon. Mary Vyskocil
)
v. ) **DECLARATION IN SUPPORT**
) **OF CONFESSION OF JUDGMENT**
SETH FISHMAN )
Defendant )
_____ /

SETH FISHMAN declares as follows:

1. I am the defendant in the above entitled action.

2. I currently reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and authorize entry of judgment in Palm Beach County. I also am the owner of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

3. I, the defendant in the above entitled action, confess judgment in this court in favor of the plaintiff, the United States, for the sum of Two Million dollars plus interest and hereby authorize the plaintiff or his/her heirs, executors, administrators, or assigns to enter judgment for that sum against me.

4. This confession of judgment is for a debt justly due to the United States in connection with the personal surety bond ordered in *United States v. Seth Fishman*, 20-cr-00160 (S.D.N.Y. 2020) in the Southern District of New York on November 12, 2019.

5. This confession of judgment is not for the purpose of securing the plaintiff against a contingent liability.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
SETH FISHMAN

10/13/20
_____
DATE