PAPA Banner

**US v Seth Fishman 20cr160**

**B**

Motion to Travel

exhibitsticker.com

| | |
|---|---|
| **Location Address** | ████████████ |
| **Municipality** | ████████████ |
| **Parcel Control Number** | 24-43-46-28-47-001-4120 |
| **Subdivision** | TOWNHOUSES OF HIGHLAND BEACH COND DECL FILED 2-19-81 |
| **Official Records Book** | 24004   **Page** 117 |
| **Sale Date** | AUG-2010 |
| **Legal Description** | ████████████ |

**Owners**

FISHMAN SETH

**Mailing address**

████████████

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| AUG-2010 | $10 | 24004 / 00117 | QUIT CLAIM | FISHMAN SETH |
| FEB-2010 | $10 | 23759 / 00485 | QUIT CLAIM | FISHMAN SETH |
| NOV-2009 | $100 | 23531 / 01597 | CERT OF TITLE | 2565 SOUTH OCEAN BOULEVARD LLC |
| APR-2007 | $1,250,000 | 21767 / 00748 | WARRANTY DEED | CURRY JAMES |
| JUL-2005 | $775,000 | 18941 / 01950 | WARRANTY DEED | CONTI LISA |

1 2

No Exemption Information Available.

| | | | |
|---|---|---|---|
| **Number of Units** 1 | **\*Total Square Feet** 2240 | | **Acres** |
| **Use Code** 0400 - CONDOMINIUM | | | **Zoning** - |

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Improvement Value** | $665,000 | $685,000 | $690,000 |
| **Land Value** | $0 | $0 | $0 |
| **Total Market Value** | $665,000 | $685,000 | $690,000 |

P = Preliminary

All values are as of January 1st each year

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Assessed Value** | $665,000 | $685,000 | $682,000 |
| **Exemption Amount** | $0 | $0 | $0 |
| **Taxable Value** | $665,000 | $685,000 | $682,000 |

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Ad Valorem** | $11,495 | $11,994 | $11,565 |
| **Non Ad Valorem** | $103 | $97 | $98 |
| **Total tax** | $11,598 | $12,091 | $11,663 |

PAPA Banner

| | |
|---|---|
| **Location Address** | ████████████████ |
| **Municipality** | ████████████████ |
| **Parcel Control Number** | 24-43-46-28-47-002-3030 |
| **Subdivision** | TOWNHOUSES OF HIGHLAND BEACH COND DECL FILED 2-19-81 |
| **Official Records Book** | 25506   **Page** 932 |
| **Sale Date** | OCT-2012 |
| **Legal Description** | ████████████████ |

| **Owners** | **Mailing address** |
|---|---|
| FISHMAN SETH | ████████████████ |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| OCT-2012 | $765,000 | 25506 / 00932 | WARRANTY DEED | FISHMAN SETH |
| MAR-2001 | $10 | 12433 / 01039 | WARRANTY DEED | FRANCE RONALD J & |
| AUG-1990 | $402,000 | 06569 / 00646 | WARRANTY DEED | |
| NOV-1987 | $300,000 | 05474 / 01020 | WARRANTY DEED | |
| MAY-1981 | $364,200 | 03536 / 00968 | WARRANTY DEED | |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| FISHMAN SETH | 2020 | |

| **Number of Units** 1 | **\*Total Square Feet** 2107 | **Acres** |
|---|---|---|
| **Use Code** 0400 - CONDOMINIUM | | **Zoning** - |

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Improvement Value** | $890,000 | $910,000 | $960,000 |
| **Land Value** | $0 | $0 | $0 |
| **Total Market Value** | $890,000 | $910,000 | $960,000 |

P = Preliminary

All values are as of January 1st each year

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Assessed Value** | $772,514 | $755,146 | $741,066 |
| **Exemption Amount** | $50,000 | $50,000 | $50,000 |
| **Taxable Value** | $722,514 | $705,146 | $691,066 |

| Tax Year | 2020 P | 2019 | 2018 |
|---|---|---|---|
| **Ad Valorem** | $12,664 | $12,525 | $11,830 |
| **Non Ad Valorem** | $103 | $97 | $98 |
| **Total tax** | $12,767 | $12,622 | $11,928 |