

US v Seth Fishman
20cr160

C

Motion to Travel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
Plaintiff )
)
) Case No. 20-CR-00160
) Hon. Mary Vyskocil
)
v. ) **ROBERT FISHMAN**
) **DECLARATION IN SUPPORT**
) **OF CONFESSION OF JUDGMENT**
)
SETH FISHMAN )
Defendant )

ROBERT FISHMAN declares as follows:

1. I am the father of the defendant in the above entitled action.

2. I currently own the real property located at ███████████████ ███████ and authorize entry of judgment in New York County.

3. I, Robert Fishman, in the above entitled action, confess judgment in this court in favor of the plaintiff, the United States, for the sum of One Million Two Hundred Thousand dollars plus interest and hereby authorize the plaintiff or his/her heirs, executors, administrators, or assigns to enter judgment for that sum against me.

4. This confession of judgment is for a debt justly due to the United States in connection with the personal surety bond ordered in *United States v. Seth Fishman*, 20-cr-00160 (S.D.N.Y. 2020) in the Southern District of New York on November 12, 2019.

5. This confession of judgment is not for the purpose of securing the plaintiff against a contingent liability.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
ROBERT FISHMAN

10/17/20
_____
DATE