UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 19-MAG-10120-

**UNITED STATES OF AMERICA**

vs.

**SETH FISHMAN**

        **Defendant.**
_____/

**IRREVOCABLE WAIVER OF EXTRADITION TO THE UNITED STATES AND CONSENT TO DEPORTATION FROM UNITED ARAB EMIRATES OR ANY FOREIGN COUNTRY**

The defendant, **SETH FISHMAN** by executing this document agrees to irrevocably waive extradition to the United States, consents to deportation from foreign states or countries and relinquishes all legal protections. To effectuate this waiver, consent, and relinquishment, he states as follows:

1. I have had the benefit of legal counsel who has advised me of my rights pursuant to the extradition laws and treaties into which United Arab Emirates (UAE) and the United States have entered. I further have received the benefit of legal counsel regarding my rights in a deportation proceeding from foreign states or countries to the United States.

2. By executing this agreement, I now and forever irrevocably waive any rights that I may have pursuant to any extradition treaties or laws either of the United States, United Arab Emirates (UAE) or of any other country in the world.

1

3. By executing the instant waiver, I am relinquishing all rights and protections that I may have to protect me from extradition to the United States. In making this waiver, consent, and relinquishment, I acknowledge that I have been fully advised of my rights and that I wish to voluntarily, knowingly, and willingly relinquish those rights. I understand that by executing this document I am consenting to being brought to the United States to face criminal charges and further, that I will not seek to resist, object, or interpose any rights or benefits I may have to prohibit my being brought to the United States to face criminal charges.

4. If I am permitted to travel to UAE or any other foreign country, I consent freely and voluntarily to being returned to the United States to face charges for any prosecution pending in the United States. In addition, I consent to being returned to the United States, to face any additional charges that may be filed against me including, but not limited to, bond jumping and/or failure to appear which may arise from violating any conditions of release set by the Court.

5. I understand that by signing this agreement I am giving the United States and any agent thereof the right to apprehend me anywhere in the world and return me without legal process and without any legal proceedings to the United States. I will not object and I do specifically consent to being forcibly taken or kidnaped by agents of the United States and brought to the United States from any other state or country.

6. I understand that by executing this document that my waiver, consent, and resignation of my rights is permanent and cannot and may not be withdrawn by me for any reason whatsoever.

7.     I have executed this document with a full and complete understanding of my rights in the United States and elsewhere. I have done so freely and voluntarily, that is, of my own free will, and I have not been coerced in any way to execute this document.

8.     I intend that this document be enforceable against me now and forever in the United States or any country in the world.

Dated at Highlands Beach, Florida, this  12  day of December, 2019

*[signature]*

**SETH FISHMAN**