**Keith Freeman**
**Jedburgh Group International, Inc.**
950 Beresford Way
Lake Mary, FL 32746
407 416-0018



Keith Freeman's Intelligence and Investigative career began in the Army Reserve Officer's Training Corp., ROTC at the University of Florida. He was a Special Investigator with the National Corporate Security firm GHI where he received comprehensive training in Executive Protection, Advanced Issues of Surveillance, Crisis-Team Negotiations and Advanced Investigative Technique.

He was Chief Investigator with the Florida Claims Bureau where he was presented 5 Investigator of the quarter awards and was named Investigator of the year. He served as Director at Large for the Silent Witness, one of the largest Corporate Private Investigation and Security Agencies in the US.

He is the President and co-founder, with Major General John K. Singlaub US Army, (ret.) of Jedburgh Group International. Jedburgh Group International was created to provide Executive Services, Intelligence analysis and support to organizations on a worldwide scale. The Group combines intelligence gathering, analysis, and security services with proven management skills.

He is an author and a recognized expert in the field of investigations and fraud. He has written and published several books including "The Encyclopedia of Investigations", "Defending the Plaintiff", and "E.R.A.S.E. Fraud" (Evaluate Reduce and Systematically Eliminate Fraud). Mr. Freeman has traveled extensively in the US and abroad lecturing on advanced issues of investigative technique, financial fraud protection and corporate security.

He attended The University of Florida and has a bachelor's degree in Political Science.

He is a Florida State Investigations Agency Owner and Licensed Private Investigator, Agency Number: A-2500361. License Number: C 2100341.

He held a Series 22 and 65 Financial Securities Licenses and was a registered member of the NASD – National Association of Securities Dealers.

He is a member of CNP - The Council for National Policy, Washington D.C. and AFIO - The Association of Former Intelligence Officers, Washington D.C. and O.S.S – Office of Strategic services, Society.

He is a professional SCUBA Instructor, P.A.D.I. Number AI-2100341 and Dive Master, P.A.D.I. Number: 84297778. Skydiver, United States Parachute Association, USPA AFF Accelerated Free Fall Program. Martial Artist, Black Belt/Instructor American TaeKwonDo Federation, ATF; Certificate of Dan Number: 1-98008.