

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

October 15, 2020

**Granted. SO ORDERED.**

Date: _____
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

<u>VIA ECF</u>

The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Navarro, et al.*, 20 Cr. 160

Dear Judge Vyskocil:

On October 15, 2020, defendant Seth Fishman filed a motion seeking permission to travel to the United Arab Emirates, a foreign jurisdiction with which the United States has no extradition treaty.[1] The Government opposes that application and respectfully requests until October 23, 2020, to submit a brief in opposition.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   ___/s Andrew Adams_____
Sarah Mortazavi
Andrew Adams
Benet Kearney
Assistant United States Attorneys
(212) 637-2520 / 2340 / 2260

---

[1] As previously set forth in the Government's opposition to Fishman's original motion for travel to the UAE, Fishman's offer of an "irrevocable" waiver of extradition is illusory. *See United States v. Fishman*, 19 Mag. 10120, Dkt No. 9 (Dec. 10, 2019) (Parker, M.J.).