| Application# | Sponsor Name | Proprietary Name | Ingredients | Application Status |
|---|---|---|---|---|
| 200-529 | Bimeda Animal Health Limited | XylaMed™ | Xylazine | Approved |
| 131-675 | Intervet, Inc. | Safe-Guard® | Fenbendazole | Approved |
| 141-421 | Boehringer Ingelheim Animal Health USA Inc. | Duocare™ | Ivermectin Praziquantel | Approved |
| 141-427 | Dechra, Ltd. | Osphos® | Clodronate | Approved |
| 141-418 | American Regent, Inc. | BetaVet® | Betamethasone Acetate Betamethasone Sodium Phosphate | Approved |
| 200-433 | First Priority, Inc. | Pributazone® | Phenylbutazone | Approved |
| 141-533 | Boehringer Ingelheim Animal Health USA Inc. | Aservo® EquiHaler® | Ciclesonide | Approved |
| 131-310 | Intervet, Inc. | Regu-Mate® | Altrenogest | Approved |
| 200-481 | Bimeda Animal Health Limited | OvaMed® | Altrenogest | Approved |
| 141-240 | Pegasus Laboratories, Inc. | ReBalance® | Pyrimethamine Sulfadiazine Sodium | Approved |
| 140-901 | American Regent, Inc. | Adequan® i.m. Multi-Dose Adequan® i.m. | Polysulfated Glycosaminoglycan | Approved |
| 200-564 | Boehringer Ingelheim Animal Health USA Inc. | Ivermectin Paste 1.87% | Ivermectin | Approved |
| 012-198 | Boehringer Ingelheim Animal Health USA Inc. | Vetalog® Parenteral | Triamcinolone Acetonide | Approved |
| 141-319 | Thorn Bioscience LLC | SucroMate™ Equine | Deslorelin Acetate | Approved |
| 200-335 | G.C. Hanford Mfg. Co. | Ampicillin Sodium | Ampicillin Sodium | Approved |
| 200-456 | Med-Pharmex, Inc. | Dexamethasone Solution | Dexamethasone | Approved |
| 200-425 | First Priority, Inc. | Nitrofurazone Soluble Dressing | Nitrofurazone | Approved |
| 200-391 | Bimeda Animal Health Limited | Griseofulvin Powder | Griseofulvin | Approved |
| 200-620 | Aurora Pharmaceutical, Inc. | Altren® | Altrenogest | Approved |
| 141-420 | Bimeda Animal Health Limited | Tildren® | Tiludronate disodium | Approved |
| 200-387 | Bimeda Animal Health Limited | Flunazine™ | Flunixin Meglumine | Approved |
| 200-308 | Norbrook Laboratories, Ltd. | Flunixin Injection | Flunixin Meglumine | Approved |
| 200-202 | Elanco US Inc. | Phoenectin® | Ivermectin | Approved |

| Application# | Sponsor Name | Proprietary Name | Ingredients | Application Status |
|---|---|---|---|---|
| 141-513 | Kindred Biosciences, Inc. | Zimeta™ | Dipyrone | Approved |
| 200-581 | Bimeda Animal Health Limited | Flunazine® | Flunixin Meglumine | Approved |
| 065-110 | Huvepharma EOOD | PEN-G-MAX® | Penicillin G Procaine | Approved |
| 141-331 | Boehringer Ingelheim Animal Health USA Inc. | Prascend® | Pergolide mesylate | Approved |
| 122-578 | Anika Therapeutics | Hyvisc® | Hyaluronate Sodium | Approved |
| 200-420 | Cephazone Pharma, LLC | Ceftiofur Sodium Sterile Powder | Ceftiofur Sodium | Approved |
| 200-326 | Bimeda Animal Health Limited | Bimectin® | Ivermectin | Approved |
| 200-432 | Vetoquinol USA, Inc. | NexHA™ | Hyaluronate Sodium | Approved |
| 141-458 | Boehringer Ingelheim Animal Health USA Inc. | Equioxx® | Firocoxib | Approved |
| 065-010 | Norbrook Laboratories, Ltd. | Norocillin | Penicillin G Procaine | Approved |
| 141-209 | Zoetis Inc. | EXCEDE® | Ceftiofur Crystalline Free Acid | Approved |
| 012-204 | Zoetis Inc. | Depo-Medrol® (20 mg) Sterile Aqueous Suspension | Methylprednisolone Acetate | Approved |
| 200-350 | Bimeda Animal Health Limited | Exodus™ Paste Exodus® Multi Dose | Pyrantel Pamoate | Approved |
| 141-313 | Boehringer Ingelheim Animal Health USA Inc. | Equioxx® Injection | Firocoxib | Approved |
| 091-818 | Elanco US Inc. | Phenylbutazone Tablets, USP 1 gram | Phenylbutazone | Approved |
| 200-332 | Akorn Animal Health, Inc. | Butorphic™ Injection | Butorphanol Tartrate | Approved |
| 200-124 | Elanco US Inc. | Flunixin Meglumine Injection | Flunixin Meglumine | Approved |
| 200-674 | Modern Veterinary Therapeutics, LLC | Detomidine Hydrochloride | Detomidine Hydrochloride | Approved |
| 200-421 | Hospira, Inc. | Ceftiofur for Injection | Ceftiofur Sodium | Voluntarily Withdrawn |
| 141-360 | Aurora Pharmaceutical, Inc. | EQUISUL-SDT® | Sulfadiazine Trimethoprim | Approved |
| 200-168 | Farnam Companies, Inc. | PyrantelCare™ | Pyrantel Tartrate | Approved |