

**Andrew S. Feldman**
Feldman Firm, PLLC
Southeast Financial Center
200 S. Biscayne Blvd, Suite 2770
Miami, Florida 33131
Phone: 305.714.9474
Mobile: 202.320.7705
Facsimile: 305.714.9555
Email: afeldman@feldmanpllc.com
Website: www.feldmanpllc.com

May 6, 2021

**VIA CM/ECF**

    *Re:*    **Request to Hold Motions to Dismiss in Abeyance Pending the Motion to Recuse**
    *U.S. v. Navarro, et al.,* **20-cr-160-MKV (S.D.N.Y.)**

Dear Judge Vyskocil:

    We write to advise your Honor that, following a joint conference amongst counsel for the Defendants, Defendants are contemplating a Motion to Recuse your Honor. The issue was raised with the government this afternoon on a telephone conference.

    Accordingly, we respectfully request that your Honor hold in abeyance any rulings on Defendant Seth Fishman and Lisa Giannelli's Motion to Dismiss [ECF-327], Defendant Chris Oakes' Motion to Dismiss [ECF-328], Defendant Michael Tanuzzo's Motion to Dismiss [ECF-325], Defendant Jorge Navarro's Motion to Join [ECF-329], Erica Garcia's Motion to Join [ECF-330], and Jordan Fishman's Motion to Join [ECF-331] pending the Motion to Recuse.    f

    Respectfully submitted,

| | |
|---|---|
| /s/Andrew Simmons Feldman | /s/Page Pate |
| Feldman Firm PLLC | Pate Johnson & Church LLC |
| 200 South Biscayne Blvd | 101 Marietta Street, Suite 3300 |
| Miami, FL 33131 | Atlanta, GA 30303 |
| (305)-714-9474 | 404-223-3310 |
| Email: afeldman@feldmanpllc.com | Email: page@patejohnson.com |
| *Attorney for Seth Fishman, DVM* | *Attorney for Chris Oakes* |
| | |
| /s/Jason W Kreiss | |
| The Kreiss Law Firm | /s/Patrick J. Joyce |
| 1824 S.E. 4th Ave. | 658 Ridgewood Road |
| Fort Lauderdale, FL 33316 | Maplewood, NJ 07040 |
| 954-525-1971 | 972-324-2711 |
| Email: jwk@kreisslaw.com | Email: pjoyce13@juno.com |
| *Attorneys for Jorge Navarro* | *Attorney for Jordan Fishman* |

/s/Deborah Austern Colson
Colson Law PLLC
80 Broad Street,
New York, NY 10004
212-257-6455
Email: dcolson@colsonlaw.com
*Attorney for Erica Garcia DVM*

/s/Donald T. Rollock
Law Office of Donald T. Rollock
Old Country Road, Suite 690
Mineola, NY 11501
(516)-248-6080
Email: drollock@rollocklaw.com
*Attorney for Michael Tanuzzo*

/s/Louis V. Fasulo
Fasulo Braverman &Dimaggio, LLP
225 Broadway, Suite 715
New York, NY 10007
212-566-06213
Email: lfasuo@fbdmlaw.com
*Attorneys for Lisa Giannelli*

**cc:**
Andrew C. Adams, Esq.
Benet Kearney, Esq.
Sarah Mortazavi, Esq.