|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/23/2021 |

UNITED STATES OF AMERICA

      -against-

SETH FISHMAN,

            Defendant.

1:20-cr-00160-7 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court having been informed that Defendant Seth Fishman seeks a substitution of counsel, IT IS HEREBY ORDERED that Defendant Fishman, both his incoming and outgoing counsel, and at least one representative of the Government must appear at a Substitution of Counsel Hearing on June 25, 2021 at 1:00PM.  The hearing will be held using the Microsoft Teams videoconference platform.  Links to access the videoconference will be sent to the parties.  Others may dial in to the conference by dialing 917-933-2166 and entering Conference ID 8048894#.

**SO ORDERED.**

Date:  June 23, 2021
       New York, NY

                                          MARY KAY VYSKOCIL
                                          United States District Judge