USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

SETH FISHMAN          ,
                    Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

20 -CR- 160 (MKV) (__)

Defendant __SETH FISHMAN_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

6/24/2021

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**SETH FISHMAN**
Print Defendant's Name

_Roland Riopelle_____
Defense Counsel's Signature

**ROLAND RIOPELLE**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__6/25/21_____
Date

_Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge