UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SETH FISHMAN, ET AL.,

                Defendants.

-------------------------------------------------------------------X

S6 20 Cr. 160 (MKV)

STIPULATION AND ORDER
FOR SUBSTITUTION OF
COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that Sercarz & Riopelle, LLP be substituted for Feldman Firm, PLLC, as counsel for Defendant Seth Fishman herein.

Dated: New York, New York
       June 21, 2021

FELDMAN FIRM, PLLC

By: _____
ANDREW FELDMAN, ESQ.
200 S. Biscayne Blvd, Ste. 2770
Miami, FL 33131
(212) 223-4400
*Withdrawing Counsel for*
*Defendant Seth Fishman*

SO ORDERED:

_____
HON. MARY KAY VYSKOCIL
U.S.D.J.   6/25/21

SERCARZ & RIOPELLE, LLP

By: _____
ROLAND G. RIOPELLE, ESQ.
950 Third Avenue, 32nd Floor
New York, NY 10019
(212) 586-4900
*Substituting Counsel for*
*Defendant Seth Fishman*

CONSENTED AND AGREED:

_____
SETH FISHMAN
DEFENDANT