Google LLC  
1600 Amphitheatre Parkway



USLawEnforcement@google.com  
Mountain View, California 94043

2/28/2019

Special Agent Robert Berntsson  
Federal Bureau of Investigation  
26 Federal Pl., Floor 23  
New York, NY 10278

**Re: Search Warrant dated February 05, 2019 (Google Ref. No. 2316397)**  
*USAO Reference No. 2018R0064, 19MAG1277*

Dear Special Agent Berntsson:

    Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *JNAVARROSTABLES*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

    Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Phoebe Hebson  
Google Legal Investigations Support

JN_00000022



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.    I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.    I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.    Google provides Internet-based services.

4.    Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JNAVARROSTABLES,* with Google Ref. No. 2316397 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.    The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.    The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Phoebe Hebson_____        Date: 2/28/2019  
(Signature of Records Custodian)


    Phoebe Hebson  
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 2316397)**

jnavarrostables.AccountInfo.txt:

MD5- 963cf4ded3855c048fa0f9b64fac92c9
SHA512- adcdd41dea188470c71a6d2d879b5b913436cfb36bef5249558bed91a9e1b3fdacd98e45f5a7f4bca9ef1c5ec231495a90110e949c5d2c80a44a8cb8a2d11a0f

jnavarrostables.Chats.zip:

MD5- c9c5848a4eee727fbbe68dfb6cb51f23
SHA512- 3559ab6660edf7d6990cd7ff6c6ae4054ac843e7b2cc1c507495ec72869bb627756ac08f1a0bba40a9970196717cdeea427a99c1c09c73f5277fd0109033e557

jnavarrostables.Gmail.Contacts.vcf:

MD5- 80ff65185e6c55100a3ebbf56931b1f0
SHA512- ea6a97d80f447b927b29090edaa75978f68ce9e89bead5369a960b2524f295b5b02353090cc906e3f091a6f8d9d08f9beb4d8b1a263fcb717366af30a6a1182b

jnavarrostables@gmail.com.Gmail.Content.mbox:

MD5- 36cc37933e2c8c7def6da63ee11c0719
SHA512- 8faa538ede0247e2bf6488b44e36184e749976924c2a07a20bdec646341b21b9312b468b8e90163d288cafa94aa1b87c8f405a57a93b394fded0ccb23692b024