UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,          :      WAIVER OF APPEARANCE

        -v-                                          :      20 Cr. 160 (MKV)

JORGE NAVARRO, et al.,                    :
(SETH FISHMAN),
                Defendant.         :

------------------------------------------------------------X

     SETH FISHMAN, under penalty of perjury, states the following:

1. I am a defendant in the above captioned matter. I hereby waive my appearance at the conference before the Honorable Mary Kay Vyskocil scheduled for September 15, 2021.

2. I have discussed my right to appear either personally or remotely with my attorney, Maurice H. Sercarz, Esq. We have discussed the nature of the conference scheduled for September 15, 2021, and the issues which the Court would like to address.

3. I would respectfully request that the Court grant a waiver of my appearance pursuant to the Rules of Criminal Procedure, Rule 43(b)(3).

Dated:    New York, New York
            September 12, 2021

Respectfully submitted,

_____
SETH FISHMAN

/s/ Maurice H. Sercarz
MAURICE H. SERCARZ
Sercarz & Riopelle, LLP
950 Third Avenue, 32nd Floor
New York, New York 10022
T. 212-586-4900
F. 212-586-1234
msercarz@sercarzandriopelle.com
*Attorneys for Seth Fishman*