**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2021

**VIA EMAIL**

Louis Fasulo, Esq.
Fasulo, Braverman & Di Maggio LLP
225 Broadway, Suite 715
New York, NY 10007
lfasulo@fbdmlaw.com

Maurice Sercarz, Esq.
Sercarz & Riopelle, LLP
950 Third Avenue, 32nd Floor
New York, NY 10022
msercarz@sercarzandriopelle.com

**Re: *United States v. Seth Fishman and Lisa Giannelli*, 20 Cr. 160 (MKV)**

Dear Counsel:

The Government writes to provide supplemental notice pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure that it may call the following witnesses to offer testimony under Rules 702, 703, and/or 705 of the Federal Rules of Evidence during its case-in-chief at trial:

Cynthia Cole. Materials related to Dr. Cole's testimony were previously provided to counsel by letter, with appended exhibits, on or about September 30, 2020 and on or about February 17, 2021, and are not reproduced herein.

Jean Bowman. Dr. Bowman is a Veterinary Medical Officer in the Division of Surveillance ("DoS") in the Office of Surveillance and Compliance ("OSC") in the Food and Drug Administration's Center for Veterinary Medicine ("CVM"). Dr. Bowman's work involves numerous aspects of unapproved new animal drug matters, including labeling reviews, risk assessments, imports, and enforcement actions. Prior to her work in DoS, Dr. Bowman was a Consumer Safety Officer in the Division of Compliance in OSC for over three years, where her work was focused on unapproved new animal drug complaints and regulatory actions. From 1989 to 2008, Dr. Bowman served as a VMO in CVM's Office of New Animal Drug Evaluation ("ONADE") where she was responsible for evaluating the research conducted by the animal pharmaceutical industry and by individual investigators submitted in new animal drug applications ("NADAs") and abbreviated new animal drug applications ("ANADAs"), as well as assessing the benefits and risks associated with those new animal drug products to determine whether they should be approved for marketing in the United States. Dr. Bowman received her Doctor of Veterinary Medicine from the Virginia Maryland Regional College of Veterinary Medicine at Virginia Tech in 1989. She was a practicing veterinarian over the next five years, with a primary focus on equine patients. Dr. Bowman holds a current veterinary license in Maryland, and for

most years from 1989 through 2020, she was a United States Department of Agriculture Accredited Veterinarian (Category II). Dr. Bowman's resume is attached herein as Exhibit A.

Dr. Bowman's veterinary training and prior responsibilities as a practicing veterinarian require her to be familiar with a broad range of animal medications including those that are used in clinical practice for equine patients. Her prior work as a VMO in CVM's ONADE involved the evaluation of the safety and efficacy of numerous new animal drugs, including new animal drugs intended for use in equine patients. In addition, Dr. Bowman's current work in DoS involves the evaluation of the risks associated with animal drugs marketed illegally in the United States. Dr. Bowman's anticipated expert testimony is based on her training, clinical experience, and work at FDA. Her testimony is further based on her review of relevant statutes and regulations,[1] searches of STARS, FDA-CVM's internal tracking database,[2] and searches of peer-reviewed journals/scientific articles, including those available through PubMed.

    Dr. Bowman is anticipated to testify regarding the following:

- The requisite information and data that must be submitted to FDA in a new animal drug application (NADA) to support FDA marketing approval.

- FDA's finding of safety and efficacy for any given NADA is based, in part, on adequate and well-controlled clinical studies for that individual animal drug product.

- Defendants' equine products are "drugs," "new animal drugs," and/or "prescription animal drugs" within the meaning of the Federal Food, Drug, and Cosmetic Act.

- Searches of public and internal FDA databases reveal no approved NADAs, ANADAs, conditional new animal drug applications (CNADAs), or investigational new animal drug applications (INADs), nor any index listings, for Defendants' equine products.

- The following equine drug products manufactured, marketed, offered, sold, and/or distributed by Defendants are not generally recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of animal drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling thereof: (1) VO2 Max; (2) BB2; (3) BB3; (4) Serenity; (5) TB-7; (6) ITPlus; (7) BPB; (8) HP Bleeder and HP Bleeder Plus; (9) Homeopathic Bleeder

---

[1] Bowman's opinion would be based, in part, on the following statutes and regulations: 21 U.S.C. §§ 321(g)(1), 321(v), 351(a)(5), 353(f)(1), 360(b)(a), 360ccc, and 360ccc-1; and 21 C.F.R. §§ 514.1 and 514.4, and Part 530.

[2] The FDA's STARS database contains CVM's official records of communications relating to pre- and post-approval animal drugs, including annual reports for approved drugs, all investigational applications, unapproved applications, approved applications, veterinary master files, general correspondence files, and indexed drug files. STARS was preceded by the FDA's DIAL system; records were migrated from DIAL into STARS when the STARS database was developed in the late 1980s.

Paste; (10) EPM Double Kill; (11) Iron Sucrose; (12) GNRH (Gonadorelin Diacetate); (13) PSDS (Pain Shot DS); and (14) ACTH.

- The generally accepted minimal requirements necessary to establish a valid veterinarian-client-patient relationship.

* * *

Finally, although the Government maintains that such testimony would not constitute expert testimony, out of an abundance of caution, absent a stipulation between the parties the Government wishes to notify you that we may call any of the following witnesses to testify:

- Federal Bureau of Investigation ("FBI") and/or Food and Drug Administration ("FDA") agents regarding the extraction of data from certain cellular phones seized from the defendants and their co-conspirators in this case.

- Irena Malkovska, a Consumer Safety Officer with the FDA regarding the absence of any FDA export licenses for Seth Fishman, Jordan Fishman, Equestology Inc., Equestology LLC, 21st Century Biochemicals, Inc. Ms. Malkovska's memorandum regarding her export certificate search is attached herein as Exhibit B.

- Diana Link, a Veterinary Medical Officer Master Reviewer at the FDA-CVM. Dr. Link was present during a search of the warehouse storage space associated with Seth Fishman and/or Equestology in or about October 2019. Among other things, in her professional capacity Dr. Link identifies and assesses unapproved new animal drugs as defined under the Food Drug and Cosmetic Act ("FDCA"), including through analysis of FDA approval status, prescription status, and illegal extra label drug use, as well as conducting reviews on unapproved new animal drug products in preparation for regulatory analysis to determine if a drug is generally recognized as safe and effective for any clinical indications in animals. Dr. Link is anticipated to testify regarding her background and experience at the FDA, which will include describing the functions of the FDA generally and the scope of her role and professional duties within the FDA, her observations of the drugs that were seized during the aforementioned premises search and the basis for her determination that such drugs were adulterated and misbranded based on her experience and knowledge of FDA regulations governing animal drugs. A copy of Dr. Link's resume is attached herein as Exhibit C.

Pursuant to Rule 16(b), the Government hereby requests reciprocal discovery under Fed. R. Crim. P. 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or copies or portions thereof, which are in the defendants' possession, custody or control, and which either defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendants' possession or control, and which either defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom either defendant intends to call at trial.

The Government also requests that the defendants disclose prior statements of witnesses they will call to testify. *See* FED. R. CRIM. P. 26.2; *United States v. Nobles*, 422 U.S. 225 (1975). The Government request that such materials be provided on the same basis upon which we agree to supply the defendants with § 3500 material relating to Government witnesses.

The Government reserves the right to supplement this notice with notice of additional expert witnesses and/or additional information concerning the witnesses disclosed herein if the Government learns of additional facts that necessitate the introduction of additional expert witnesses, or supplemental expert testimony from a previously-disclosed witness.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: /s/________________________
Andrew C. Adams
Sarah Mortazavi
Assistant United States Attorneys
(212) 637-2340/2520

# Exhibit A

**Curriculum Vitae**
Jean E. Bowman, DVM

## I. EDUCATIONAL BACKGROUND

Virginia Maryland Regional College of Veterinary Medicine
Virginia Tech, Blacksburg, Virginia
Doctor of Veterinary Medicine (1989)

University of Maryland, College Park, MD
Bachelors of Science, College of Agriculture, Animal Science (1981)

## II. ADDITIONAL TRAINING

***Outside Courses or Conferences:***

North American Veterinary Conference/ VMX Online 2021

American Association of Equine Practitioners Annual Conference
Online 2020

American Association of Equine Practitioners Annual Conference
Denver, CO 2019

American Association of Equine Practitioners Annual Conference
San Francisco, CA 2018

Pennsylvania Veterinary Medical Association
May 24, 2017; 6 CE credits

Food and Drug Law Institute (FDLI) Annual Conference: 2012, 2015, 2016, 2018 (single day)

Intelligence Support Systems (ISS) World Seminars via webcast

ISS World Seminar
9/29/2015 – 10/1/2015, 24 hours

American Association of Feed Control Officials (AAFCO) Annual Meeting: 2009

AHI Regulator Day: 2015, 2016, 2017

American Association of Equine Practitioners (AAEP) Annual Conference: 2013, 2014, 2015.

American Association of Small Ruminant Practitioners (AASRP) Annual Conference, Wyoming, 1994

American Association of Bovine Practitioners (AABP) Conference, 2014.

AABP/AASRP Conference Nashville, 1997.

Society for Theriogenology (SFT) Annual Conference: 1991, 1992.

SFT Short Course in Equine Reproduction, 1992.

Eastern States Veterinary Conference (aka: North American Veterinary Conference, and currently, VMX) 1991, 1992.

***Outside Recurring Courses:***

District of Columbia Academy of Veterinary Medicine (DCAVM)
9/1989 – current year, annually up to 60 CE credits each year.

***FDA Courses:***

CVM Leadership I, Foundations of Leadership, included multiple sessions covering a wide variety of leadership topics, concluding with a special project,

STARS Training,

Microsoft Excel,

CVM Heritage Series,

CVM's Current Thinking on Compounding Animal Drugs from Bulk Drug Substances and GFI #230,

FDA Law,

Records Management Training, as required annually,

HHS Ethics Training, as required, annually,

Safety Training, as required, annually,

Statistics Course, Multi-lecture course provided by CVM Biostatistics staff

Pharmacokinetics Course, Multi-lecture course provided by CVM pharmacokinetics staff

Overview of Witness Preparation,

Cybercrime Investigations Seminar,

Introduction to Cybercrime and Internet Investigations Training.

## III. PROFESSIONAL EXPERIENCE

**U.S. Food and Drug Administration, Center for Veterinary Medicine**
Office of Surveillance and Compliance, Division of Surveillance
7519 Standish Place, Rockville, MD 20855

July 2011 to present: Veterinary Medical Officer (VMO); HFV 214.
Working on a variety of unapproved animal drug issues, imports, recalls, labeling, risk assessment, enforcement actions, and related activities requiring scientific support. Active in the regulation and classification of animal medical devices, jurisdictional issues for animal drugs and devices, and participate on a variety of working groups related to these activities

December 2008 – July 2011: Consumer Safety Officer; HFV-232, Division of Compliance. Worked on unapproved drug complaints, imports, internet surveillance, evidence collection, regulatory actions (such as advisory letters, directed inspections, injunctions) and related compliance issues, often as a team with FDA District investigators.

1997 – 2008: Veterinary Medical Officer, Generic Animal Drug Review Staff. Worked on pharmacokinetic and clinical endpoint study review for all species, but with a focus on equine bioequivalence study protocol design (blood-level and clinical endpoint) and data review.

1992 - 1997: VMO: In addition to review activities previously reported, additional review emphasis was placed on the review of avermectins, other parasiticides, and reproductive drugs for use in food animals.

1990 – 1992: VMO, GS-12, then GS-13, permanent, HFV-110.
In addition to activities previously reported, review of companion animal drug and safety protocols and data with emphasis placed on the review of equine drugs.

August 1989 – August 1990: Staff Fellow, HFV-130 and HFV-110.
Worked on new animal drug review related to a variety of dosage forms, indications, and target species, including poultry and cattle. Included the review of target animal safety and effectiveness data review, as well as protocol development and application management as a primary reviewer, working with reviewers from other teams across the Center.

**Veterinarian in Solo Large Animal Practice, Primarily Equine**

June 1991 – December 1994 – Solo Part-Time Large Animal Practice, occasional small animal relief work.

**Associate Veterinarian**

June 1989 – June 1991 – Associate Veterinarian, part-time, primarily equine with some food animal patients. Dr. Donald Campbell Large Animal Practice, Sunshine Farm, Route 32. West Friendship, MD 21794.

**Agricultural Technician**
**University of Maryland Horse Research Center**
Route 108, Columbia, MD 21043

June 1981 – July 1985, June 1986 – August 1986
Duties included all facets of animal care, teasing, breeding, foaling, and assisting in teaching and research data collection at this horse breeding, teaching, and research facility.

## IV. HONORS AND AWARDS

Since arriving at CVM, Dr. Bowman has received many awards based on performance.

## V. SPECIAL INVITATIONS

Meetings at which Dr. Bowman has been invited to represent FDA:

1. American Association of Equine Practitioners, Table Topics on Compounded Drugs and Animal Medical Devices at the annual AAEP Conference on December 10, 2013. Dr. Bowman was invited to represent CVM and answer questions on these topics. Attendees included equine practitioners of all types, pharmacists specializing in animal drugs, AVMA representatives and others.

2. Provided a graduate-level lecture to a Kansas State class on CVM regulated drugs, including activities related to imports, unapproved drugs (including compounded drugs), FDA firm registration, drug listing, and enforcement activities in 2018 and 2019.

## VI. PROFESSIONAL LICENSES AND ACCREDITATION:

Doctor of Veterinary Medicine Maryland License, through the Maryland Veterinary Medical Association (1989-current).

USDA Accredited Veterinarian, Category II: United States Department of Agriculture. Qualified to examine animals, issue health certificates for international

and interstate movement of all animal species. Act as a partner in public health through reporting of and testing for specified (reportable) animal diseases, both foreign and domestic (most years from1989-current).

## VII. MEMBERSHIP IN PROFESSIONAL OR HONORARY SOCIETIES

None at present. Previously held memberships in AVMA, SFT, AAEP, and AASRP.

## VIII. PARTICIPATION IN NATIONAL SCIENTIFIC MEETINGS, TECHNICAL CONFERENCES, WORKSHOPS, SEMINARS, etc.

October 9, 2018: Represented FDA/CVM, in conjunction with Dr. Dorothy McAdams, in a virtual presentation and discussion of OSC post-approval and unapproved drug regulatory activities in a graduate-level course administered through Kansas State University.

December 10, 2013: Represented CVM at the American Association of Equine Practitioner's Annual Conference during a table topics discussion on Compounding and Medical Devices.

## IX. OUTSIDE PROFESSIONAL ADVISORY AND CONSULTING ACTIVITIES

Participated as a member, representing CVM, of the American Association of Feed Control Officials (AAFCO) as a member of their Pet Food Committee, 2009/2010.

## X. FDA SPECIAL ASSIGNMENTS AND ADVISORY ACTIVITIES

Participated in the CVM working groups writing regulations for:

> Generic Animal Drugs, Pet Food Labeling, and Prescription Animal Drug Labeling.

Participated in the CVM working groups writing and/or revising guidances on many topics over 29 years with CVM.

Dr. Bowman provided testimony for two court cases in support of charges related to unapproved animal drug criminal cases.

> Case 1: Fact witness for a case involving felony charges for sale of FDA-regulated unapproved drugs for companion animals as well as EPA-regulated unregistered products and copyright violations. The testimony was limited to charges stemming from violations related to FDA-regulated animal drugs.

> Case 2: Expert witness for a case involving felony charges for the compounding, sale and use of unapproved opioid drugs intended to enhance performance in racehorses.

# Exhibit B



# Memorandum

**To:** Office of Criminal Investigations

**From**: Irena Malkovska, Consumer Safety Officer/Administrator for the CVM Export Certificate Program
Division of Compliance
Office of Surveillance and Compliance
Center for Veterinary Medicine

**Date:** September 14, 2021

**Subject:** Export Certificates for Equestology, Inc., Equestology LLC, Seth Fishman DVM, 21st Century Biochemicals, Inc., Jordan Fishman

**Export Certificate Search**

The Office of Criminal Investigations requested that the Center for Veterinary Medicine (CVM) conduct a search to determine whether export certificates were issued to any of the following entities:

Companies/Individuals
1. Equestology, Inc.
2. Equestology LLC
3. Seth Fishman DVM (associated with 1 and 2, above)
4. 21st Century Biochemicals, Inc.
5. Jordan Fishman (associated with 4, above)

On September 14, 2021, I ran a query in CVM's searchable electronic export database, eCATS, which contains the names of firms and clients (persons completing the applications for export certificates) applying for export certificates from June 2020 to the present. My search of eCATS, covering export certificates issues from June 2020 to the present, found no export certificates issued for the firms Esquestology, Inc.; Esquetology LLC; and 21st Century Biochemicals, Inc., and no export certificates issued to the individuals Seth Fishman, DVM or Jordan Fishman.

Prior to 6/20, CVM maintained an Excel Spreadsheet that contained the firm names and client email addresses (i.e. email addresses of persons completing the applications for export certificates). The Excel spreadsheet does not contain any client names; it only contains client email addresses. The Excel spreadsheet goes back to August 2012.

I did a search for firm names from August 2012 in the Excel spreadsheet, and did not find any certificates issued to the named firms. Further, a search of the first and last names of the named individuals among client email addresses did not produce any results.

Based on the searches conducted as described above, CVM did not issue export certificates to any of the named firms and we have no evidence that we issued export certificates to the named individuals. Please note that unless Seth Fishman, DVM, or Jordan Fishman personally completed an application for an export certificate, CVM would not have any record of their names or email addresses in either the eCATS database or in the Excel spreadsheet.

CVM also did a search in the eCATS database and the Excel spreadsheet for certificates associated with the following drug tradenames:

1. VO2 Max
2. BB2 (marketed as a "blood building" drug)
3. BB3 (marketed as a "blood building" drug)
4. Serenity
5. TB-7 (Thymosyn Beta)
6. ITPlus (MSM and DMG- Presumably Methylsulfonylmethane and N,N-Dimethylglycine HCl)
7. BPB (sold as a pain killer)

No export certificates were found with these trade names.


Irena Malkovska, PhD
Consumer Safety Officer
Division of Compliance
FDA/Center for Veterinary Medicine

# Exhibit C

**Curriculum Vitae**

Diana Link, DVM
Diana.Link@fda.hhs.gov
(202) 302-6732

**EDUCATION**

Mississippi State University – Starkville, Mississippi
Doctor of Veterinary Medicine (2013)

Marist College – Poughkeepsie, New York
Bachelor of Science, Biology (2008)

**PROFESSIONAL EXPERIENCE**

**Food and Drug Administration – Center for Veterinary Medicine (FDA-CVM)**
Office of Surveillance and Compliance, Division of Surveillance
7519 Standish Place HFV-214 Rockville, MD 20855

September 2018 – Present: Veterinary Medical Officer, Master Reviewer, Medical Review Team
April 2016 – September 2018: Veterinary Medical Officer, Medical Review Team
June 2014 – April 2016: Fellow, Medical Review Team

Currently serves as a Veterinary Medical Officer Master Reviewer focusing on internet surveillance and medical reviews of unapproved new animal drugs, drafting animal drug compounding policy, and collaborating with the FDA Office of Criminal Investigations on unapproved new animal drug cases.

**Drug Reviews**

**Health Hazard Evaluation (HHE) Reviews:**
Prepares HHE reviews for recalled animal drug products and veterinary devices to remove products that are in violation of the Federal Food, Drug, and Cosmetic Act from the marketplace. These reviews allow the CVM Center Recall Unit to appropriately classify recalled animal drug or device products based on the severity of the hazard, and to determine if a press release to warn the public is warranted. Dr. Link has completed 112 HHEs to date.

**Generally Recognized as Safe and Effective (GRAS/E) Reviews:**
Authors GRAS/E reviews on unapproved new animal drug products in preparation for regulatory action such as issuance of warning letters or case referral to the FDA-OCI. These reviews assess whether there is sufficient evidence in the scientific literature to

conclude that the drug products in question are generally recognized as safe and effective for any clinical indication(s) in animals.

Collection of evidence to determine responsible person information is performed using public-access resources such as state property tax listings, business registrations, social media, online news, blogs, etc. Dr. Link has completed 40 GRAS/E reviews in support of issuance of warning letters from the FDA-CVM Division of Compliance, for a total review of 239 unapproved new animal drug products resulting in four criminal case investigations by the FDA Office of Criminal Investigations to date.

**Animal Drug Import Reviews**
Reviews requests for import of suspected unapproved new animal drug products detained at U.S. borders. Products are reviewed for their new animal drug status and/or potential medical risk(s) associated with administration of the products to animals. A recommendation to release, refuse, or destroy shipments, and whether to place an import alert on refused products is submitted to the CVM Import Team for communication to border agents.

**Drug Policy**

**Animal Drug Compounding**
Extensive ongoing involvement in drafting guidance for industry regarding compounding animal drugs from bulk drug substances[1] and assessment of public comments received on the guidance.

**FDA Animal Drug Compliance Policy Guides**
Appointed by former Director of the Office of Surveillance and Compliance to lead the initiative on reviewing 28 animal drug FDA Compliance Policy Guides (CPGs) to ensure alignment with current CVM thinking.

**Criminal Investigations**

**Expertise provided to FDA-OCI**
Regularly provides information identifying and assessing unapproved new animal drug products obtained via undercover purchases by FDA-OCI Special Agents. Assessments include legitimate and egregious product drug uses in animals, FDA approval status, prescription status, DEA scheduling, illegal extra label drug use, and safety concerns related to use of certain drug products. Has provided in-person expertise for four FDA-OCI led search and seizure warrants that have led to one sentencing,[2] one plea agreement,[3] one indictment,[4] and one pending indictment.[5]

---

[1] https://www.fda.gov/media/132567/download
[2] https://www.justice.gov/usao-sdny/pr/operator-racehorse-doping-websites-sentenced-18-months-prison
[3] Not yet public
[4] https://www.justice.gov/usao-sdny/press-release/file/1256656/download
[5] Not yet public

**Liaison Roles**

February 2018 – Current: FDA-CVM liaison for the Veterinary Information Network (VIN)

August 2016 – Current: FDA-CVM representative, American Veterinary Medical Association (AVMA) Council on Public Health

January 2017 – October 2018: FDA-CVM representative, AVMA Food Safety Advisory Committee.

August 2017: FDA-CVM representative at the National Association of Boards of Pharmacy (NABP) Task Force on Best Practices for Veterinary Compounding

**FDA Recognition**

**2021**
CVM Team Excellence Award as a member of the COVID-19 Chloroquine Phosphate Warning Letter Team for exceptional team work to protect public health by removing unapproved and dangerous chloroquine phosphate products from the market during the COVID-19 global pandemic

Group Recognition Award as a member of the CVM COVID-19 Response Team for incredible professionalism, enthusiasm, and work ethic in providing CVM COVID-19 response activities of the highest caliber

**2020**
CVM Project Management Excellence Award for outstanding management of the cleanout of outdated compliance policy guides for animal drugs and foods

CVM Team Excellence Award as a member of the Virtual Compounding Team for outstanding efforts related to the Compounding Animal Drugs from Bulk Drug Substances Roll-out

CVM Team Excellence Award as a member of the Norbrook Recall Team for using Center-wide expertise to assess a sterility failure and its impact on numerous marketed veterinary drug products resulting in a Class I recall

**2018**
Promoted to Regulatory Review Scientist (Master Reviewer)

**2017**
FDA Leveraging/Collaboration Award as a member of the FDA Unapproved Drug Enforcement Group for outstanding FDA regulatory agency collaboration in issuing

compounding pharmacy compliance actions ultimately ensuring unsafe medications are removed from the market

CVM Team Excellence Award for outstanding FDA regulatory agency collaboration on recalls and health hazard evaluations ensuring violative compounded animal drug products are removed from the market

**2016**
CVM Group Recognition Award as a member of the GFI #230 Animal Drug Compounding team for the publication of the draft Guidance for Industry #230 Compounding Animal Drugs from Bulk Drug Substances

CVM Group Recognition Award as a member of the Unapproved New Animal Drug Injunction Group for outstanding accomplishment and collaboration to fulfill the FDA mission to protect public health from the use of unapproved new animal drugs

**2015**
CVM Group Recognition Award for contributions to the FDA Unapproved Drug Products Compliance/Enforcement Team

**Prince Frederick Animal Hospital**
60 Stafford Rd. Prince Frederick, MD 20678

May 2013 – June 2014: Associate Veterinarian
June 2014 – December 2014: Relief Veterinarian

Provided clinical and surgical services as an associate companion animal veterinarian.

**PROFESSIONAL LICENSES:**

Doctor of Veterinary Medicine License: Colorado (2017- Current)

Doctor of Veterinary Medicine License: Maryland (2013 - 2017)

**PROFESSIONAL MEMBERSHIPS**

December 2014 – December 2016, August 2020 – Present: Member, DC Academy of Veterinary Medicine

May 2015 – November 2016: Member, Anne Arundel County Veterinary Medical Association

August 2009 – December 2014: Member, American Veterinary Medical Association

**PROFESSIONAL VOLUNTEER ACTIVITIES**

April 2017 – July 2020: Veterinary Surgeon - The Feline Fix, Commerce City, CO

June 2016 – December 2016: Veterinary Surgeon - Baltimore Animal Rescue and Care Shelter, Inc., Baltimore, MD

**REFERENCES**

Neal Bataller, DVM, ME
Director, Division of Surveillance, FDA-Center for Veterinary Medicine
7519 Standish Place Rockville, MD 20855 (240) 402-5745

Bryan Ballman, Special Agent
U.S. Food & Drug Administration, Office of Criminal Investigations
Cincinnati Domicile Office (513) 897-0429

Steven V. Lamp, Special Agent
U.S. Food & Drug Administration, Office of Criminal Investigations
Owensboro, KY Domicile Office (270) 485-2208