# EXHIBIT B
# And
# EXHIBITS E - H
# TO FILE UNDER SEAL