

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2021

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States* v. *Seth Fishman,* S6 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

Following consultation with counsel for Seth Fishman, the Government writes to provide the parties' agreed upon terms of Seth Fishman's bail modification, as discussed at the conference held in this matter on December 20, 2021. The following additional terms shall apply to Fishman's terms of pretrial release:

1. The defendant shall surrender all drugs and/or substances now stored at 3500 NW Boca Raton Boulevard, Unit #723, Boca Raton, Florida 33431 (the "Unit") to an agent of the Federal Bureau of Investigation, the Food and Drug Administration, or the designee of either the FBI or the FDA, within two weeks of December 20, 2021.

2. At all times prior to the surrender of the drugs or substances described in Paragraph 1, the defendant, his agents, and any employees of any business controlled by the defendant shall refrain from entering the Unit.

3. For the duration of the period of his pretrial release, the defendant, and all entities that he controls, shall refrain from the manufacture and/or distribution of any drug or substance, and from the administration of any drug or substance, apart from the drugs and substances that the defendant may administer to himself in the course of self-treatment for his own medical conditions (namely, boswellic acid, curcumin, hyaluronic acid, citrus-derived bioflavonoids, and concentrated fruit extracts).

DAMIAN WILLIAMS
United States Attorney

by: _____
Andrew C. Adams
Assistant United States Attorney