# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

———

*ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/22/2021

December 22, 2021

**BY ECF & EMAIL**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     *United States v. Navarro, et al,* **20 CR 160**
               **Seth Fishman – Defendant**

Your Honor:

I write to request that the parties be given until the close of business on December 27, 2021 to file their replies to the *in limine* motions in this case. I have spoken to AUSA Andrew Adams, and he has no objection to this application.



Mr. Fernich, who appeared with me at the conference, is not yet sufficiently acquainted with the underlying facts to file a reply in my stead.

Under these circumstances, I request the Court to grant this brief adjournment to both sides in order that they be able to finalize their respective replies.

Most respectfully,

/s/Maurice H. Sercarz

cc:     All Parties (by ECF)

**Granted. SO ORDERED.**

Date:   Dec. 22, 2021
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge