# SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

December 30, 2021

**<u>BY ECF & EMAIL</u>**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:    *United States v. Navarro, et al,* **20 CR 160**
                      <u>Seth Fishman – Defendant</u>

Your Honor:

[REDACTED], I am requesting a one week adjournment to January 10, 2022 of the deadline for the submission of *voir dire* requests, Requests to Charge and the Government's due date for exhibits.

      I have spoken to the Assistant United States Attorneys and they have no objection to this request.

      Accordingly, I would request that the deadline for submission of these items be adjourned to January 10, 2022.

                                                  Most respectfully,

                                                  /s/Maurice H. Sercarz

cc:    All Parties (by ECF)