# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2021

December 30, 2021

**BY ECF & EMAIL**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Navarro, et al*, **20 CR 160**
<u>Seth Fishman – Defendant</u>

Your Honor:

[REDACTED], I am requesting a one week adjournment to January 10, 2022 of the deadline for the submission of *voir dire* requests, Requests to Charge and the Government's due date for exhibits.

I have spoken to the Assistant United States Attorneys and they have no objection to this request.

Accordingly, I would request that the deadline for submission of these items be adjourned to January 10, 2022.

Most respectfully,

/s/Maurice H. Sercarz

cc:   All Parties (by ECF)

**Granted. SO ORDERED.**

Date: Dec. 30, 2021
New York, New York

Mary Kay Vyskocil
United States District Judge