UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, ERICA GARCIA, MARCOS ZULUETA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, JORDAN FISHMAN, RICK DANE, JR., CHRISTOPHER OAKES, JASON SERVIS, KRISTIAN RHEIN, MICHAEL KEGLEY, JR., ALEXANDER CHAN, and REBECCA LINKE,

Defendants.

20-cr-00160 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

In light of the adjournment of the trial in another case, the trial of the Group I defendants will begin on January 19, 2022.

**SO ORDERED.**

Date: **January 7, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1