```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
     UNITED STATES OF AMERICA                               :      S6 20 Cr. 160 (MKV)
                                                            :
                -v.-                                        :
                                                            :
     SETH FISHMAN, and                                      :
     LISA GIANNELLI,                                        :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x
```

## JURY VERDICT FORM

1. With respect to Count One, conspiracy to commit adulteration and misbranding, how do you find the defendant, SETH FISHMAN?

    Guilty _____                    Not Guilty _____

2. With respect to Count Two, conspiracy to commit adulteration and misbranding, how do you find the defendant, SETH FISHMAN?

    Guilty _____                    Not Guilty _____

    If guilty on Count Two, do you find that defendant SETH FISHMAN committed the offense, in part, after his arrest on or about October 28, 2019?

    Yes _____                       No _____

3. With respect to Count Two, conspiracy to commit adulteration and misbranding, how do you find the defendant, LISA GIANNELLI?

    Guilty _____       Not Guilty _____

_____
Signature of foreperson

_____
Date