```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ERICA GARCIA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, RICK DANE, JR., JASON SERVIS, and ALEXANDER CHAN,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/11/2022<br><br>20-cr-160 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      The Court long ago scheduled a conference in this case for this Thursday, January 13, 2022. The conference was scheduled as both a pretrial conference for the Group I defendants, who are scheduled to begin trial on January 19, 2022, and a status conference for all other defendants. Beginning yesterday, the Court received certain submissions from the Group I defendants in connection with their upcoming trial. The Court also received an email from counsel for non-Group I defendants asking to be excused from the January 13 conference or, if not excused, to attend remotely.

      Because issues raised in the submissions from the Group I defendants will impact the remaining defendants, all parties must appear at the conference. The Court will conduct the conference in the courtroom. If counsel for any defendant wishes to appear remotely, he or she must email Chambers to request a videoconference link. **Counsel must include in that same email signed consents to proceed by videoconference and waivers of appearance from their clients.**

**SO ORDERED.**

**Date: January 11, 2022**
      **New York, NY**

                                              _____
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**