# REDACTED EXHIBIT