UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:   1/23/2022 |
| -against- | 20-cr-160 (MKV) |
| SETH FISHMAN and LISA GIANNELLI , | ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

    All parties are on notice that failure to comply with the Court's Order dated January 21, 2022, regarding a new COVID safety protocol, may result in sanctions.

**SO ORDERED.**

Date:  **January 23, 2022**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**