**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2022

<u>**VIA ECF and Email to Chambers**</u>
The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Seth Fishman,* **20 Cr. 160 (MKV)**

Dear Judge Vyskocil:

In anticipation of the trial testimony of Jamen Davidovich in this matter, the Government submits the attached proposed immunity order, accompanied by the Application of United States Attorney Damian Williams and the Declaration of the undersigned Assistant United States Attorney.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   __/s/_Andrew Adams_____
Andrew C. Adams
Assistant United States Attorney