UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
    UNITED STATES OF AMERICA    :
                                            :  APPLICATION FOR IMMUNITY
          - v. -               :  ORDER
    SETH FISHMAN                    :  20 Cr. 160 (MKV)
                  Defendant.  :
- - - - - - - - - - - - - - - -X

        DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, for the reasons hereinafter set forth and upon the declaration of Assistant United States Attorney Andrew C. Adams, hereby requests an order compelling JAMEN DAVIDOVICH to give testimony and provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and respectfully alleges as follows:

        1.    JAMEN DAVIDOVICH is scheduled to testify in United States v. Fishman, in the United States District Court for the Southern District of New York.

        2.    This application is made in good faith and upon my judgment that the testimony from JAMEN DAVIDOVICH may be necessary to the public interest.

3. JAMEN DAVIDOVICH has informed the Government, through his attorney, that he will refuse to testify at trial on the basis of his privilege against self-incrimination.

4. This application is made with the approval of the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations, Section 0.175. A copy of the letter setting forth the approval of the Department of Justice for this application is attached hereto.

WHEREFORE, the United States of America by the United States Attorney for the Southern District of New York respectfully requests the Court to issue an order requiring JAMEN DAVIDOVICH to give testimony in <u>United States v. Seth Fishman</u> and provide other information with regard to all matters about which he may be questioned, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Dated:   New York, New York
         January 26, 2022

Respectfully,

_____
DAMIAN WILLIAMS
United States Attorney