```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
   UNITED STATES OF AMERICA       :    DECLARATION
                                 :
            - v. -                :    20 Cr. 160 (MKV)
                                 :
   SETH FISHMAN                   :
                                 :
                    Defendant.   :
- - - - - - - - - - - - - - - - -:
                                 X
```

**State of New York**
**County of New York**

ANDREW C. ADAMS, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.  I am an Assistant United States Attorney in the office of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, and as such I am responsible for the investigation into allegations of federal offenses, including, among other things, in connection with conspiracies to manufacture, distribute, and receive adulterated and misbranded PEDs and to secretly administer those PEDs to racehorses under scheme participants' control.

2.  This Declaration is made in support of the application by the United States Attorney for the Southern District of New York for an order pursuant to Title 18, United States Code, Sections 6002 and 6003 directing JAMEN DAVIDOVICH to give testimony and provide other information in the above-captioned case.

3.    JAMEN DAVIDOVICH has informed the Government, through his attorney, that he will refuse to testify on the basis of his privilege against self-incrimination.

4.    Upon information and belief, JAMEN DAVIDOVICH can give relevant testimony in the above-mentioned matter, which testimony may be necessary to the protection of the public interest.

5.    This application for immunity is made in good faith. Other than as may be set forth above, no prior request for the relief set forth herein has been made.

WHEREFORE, and upon the application of the United States Attorney annexed hereto, it is respectfully requested that the application be granted.

Dated:    New York, New York
          January 26, 2022

_____
ANDREW C. ADAMS
Assistant United States Attorney