```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
  UNITED STATES OF AMERICA       :
                                 :   ORDER
           - v. -                :
                                 :   20 Cr. 160 (MKV)
  SETH FISHMAN                   :
                                 :
                                 :
                     Defendant.  :
- - - - - - - - - - - - - - - - X
```

Upon the annexed application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling JAMEN DAVIDOVICH to testify and to provide other information in United States v. Seth Fishman in the United States District Court for the Southern District of New York, and upon the declaration of Assistant United States Attorney Andrew C. Adams, submitted in support thereof; and it appearing that,

      1.  JAMEN DAVIDOVICH is scheduled to appear as a witness in United States v. Seth Fishman; and,

      2.  JAMEN DAVIDOVICH has indicated through his attorney that he will refuse to testify on the basis of his privilege against self-incrimination; and,

      3.  It is the judgment of the United States Attorney that the testimony and other information that JAMEN DAVIDOVICH could give in United States v. Seth Fishman may be necessary to

the public interest; and

Upon the approval of the aforesaid application by the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, JAMEN DAVIDOVICH give testimony and provide other information as to all matters about which he may be questioned in United States v. Seth Fishman; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against JAMEN DAVIDOVICH in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This Order shall become effective only if after the date of this Order JAMEN DAVIDOVICH refuses to testify or provide other information on the basis of his privilege against self-incrimination.

```
                              _____
                              HON. MARY KAY VYSKOCIL
                              United States District Judge
```

Dated:   New York, New York
         January ___, 2022