<div style="text-align:center">

LAW OFFICE OF
# MARC FERNICH

</div>

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20  
NEW YORK, NEW YORK 10022  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

Jan. 28, 2022

**BY ECF**

Hon. May Kay Vyskocil  
USDJ-SDNY  
Daniel P. Moynihan US Courthouse  
Room 18 C  
500 Pearl St.  
New York, NY 10007-1312

    Re:    *US v. Jorge Navarro, et al.*, S6 20 Cr. 160 (SDNY) (MKV)

Dear Judge Vyskocil:

    Dr. Fishman contends a conscious avoidance instruction is unwarranted in this case on the grounds urged during today's charging conference.

    As the Second Circuit recently reiterated, "A district court may provide a conscious avoidance jury instruction *only* if two requirements are satisfied: (1) the defendant asserts the lack of some specific aspect of knowledge required for conviction *and* (2) *the appropriate factual predicate for the charge exists*, i.e. the evidence is such that a rational juror may reach the conclusion beyond a reasonable doubt that the defendant was (a) aware of a high probability of the fact in dispute *and* (b) *consciously avoided confirming that fact*." *U.S. v. Wedd*, 993 F.3d 104, 118-19 (CA2 2021) (emphasis supplied) (cleaned up). Here, an appropriate factual predicate is lacking, minimally because the government points to nothing in the record suggesting that Dr. Fishman consciously avoided confirming – *viz.*, that he "t[ook] deliberate actions to avoid learning" – any relevant fact. *Global-Tech Appliances, Inc. v. SEB S.A.*, 563 U.S. 754, 769-70 & n.9 (2011).

<div style="margin-left:50%">

Respectfully,

*/s/ Marc Fernich/*  
Marc Fernich  
Maurice Sercarz

</div>

cc:    All Counsel (ECF)