UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/3/2022
```

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

20-cr-160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the above-captioned case is referred to Probation for a Presentence Investigation Report as to Defendant Seth Fishman. Defense counsel shall contact Probation to schedule an interview of the defendant within fourteen days of this Order, or as soon as possible thereafter. No interview shall take place without defense counsel present. The defendant shall provide truthful and complete information to Probation. The government shall provide a statement of facts within fourteen days of this Order.

IT IS FURTHER ORDERED that the parties shall appear for the sentencing on May 5, 2022 at 11:00 a.m. in Courtroom 18C of 500 Pearl Street, New York, NY 10007. The defendant's sentencing submission is due on April 21, 2022. The government's submission is due on April 28, 2022.

IT IS FURTHER ORDERED that, for the reasons discussed in the robing room after the verdict, defense counsel's request for an extension of time to file a motion for acquittal pursuant Rule 29(c) of the Federal Rules of Criminal Procedure is GRANTED. Any such motion is due on or before March 4, 2022.

**SO ORDERED.**

Date:  February 3, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**