# SERCARZ & RIOPELLE, LLP

950 THIRD AVENUE, 31st FLOOR
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*ADMITTED IN NY & NJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2022
```

May 17, 2022

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Navarro, et al*, **20 CR 160**
               <u>Seth Fishman – Defendant</u>

Your Honor:

      On behalf of my client, I request that the sentencing, presently scheduled for May 26, 2022, be adjourned to a date convenient to the Court the week of June 20 through June 24, 2022. The basis for this request is as follows:

[text redacted]

      Dr. Fishman's tier is currently in "lockdown" status and, apparently, will remain in that position for the foreseeable future. [text redacted]

      I have spoken to AUSA Mortazavi and she consents to an adjournment for a date the week of June 20 through June 24, 2022.

      Accordingly, we would respectfully request that the sentencing be adjourned.

                               Most respectfully,

                               /s/Maurice H. Sercarz

cc:    AUSA Sarah Mortazavi (by ECF)

---

Granted. The sentencing is adjourned to June 30, 2022 at 10:00 a.m.

Date: May 17, 2022
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge