```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
         -v-                        :      20-cr-160-7(MKV)
                                    :
SETH FISHMAN                        :           ORDER
                    Defendant.      :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/22

MARY KAY VYSKOCIL, District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for June 30th is adjourned to **July 11th** at **2pm.**

IT IS FURTHER ORDERED that defense submissions shall be due **June 27th** and the Government's response shall be due **July 5th** .

SO ORDERED:

Dated:   New York, New York
         **June 1, 2022**

_____
MARY KAY VYSKOCIL
United States District Judge