```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                -against-

SETH FISHMAN,

                Defendant.

20-cr-160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of defense counsel's letter requesting to adjourn yet again the sentencing of Defendant Seth Fishman [ECF No. 867]. This request is DENIED without prejudice to renewal. IT IS HEREBY ORDERED that by June 24, 2022 at 12:00 p.m., defense counsel shall submit: (1) a letter detailing the timeline of the retention of its expert and specific dates of lockdowns, or other events outside of defense counsel's control, that delayed the preparation of the expert report; and (2) a letter showing cause why the redacted information in defense counsel's letter and other information related to the same underlying issue should remain under seal in any transcript or other judicial document at this juncture.

**SO ORDERED.**

Date:  June 22, 2022
        New York, NY

                                                    MARY KAY VYSKOCIL
                                                    United States District Judge

1