# EXHIBIT A

**From:** Seth Ian F shman DVM
**Sent:** Monday, December 30, 2019 8:15 AM
**To:**
**Cc:** Andrew S Fe dman
**Subject:** Re: Attorney pr v eged commun cat on

Adel,

I have a lawyer to argue for your product back.   If you want to represent all the Dubai clients collectively then that is ok.  The lawyer is drafting paperwork this week.

I wasn't asking Lina to get their support.  Happy to explain it if you care.

**From:**
**Sent:** Saturday, December 2
**To:** 'Seth Ian Fishman DVM'
**Subject:** RE: Attorney privileged communication

Dear Seth ,
Hope that things going well and some positive improvement in the issue , I am just back from Egypt and could not communicate during my staying due to several reasons , I am suggesting you to better send me a draft for what you want from me to prepare on the letter head and signed with stamp to send it back to you , this is the best for you as I am certain that specific statements will make difference with the issue in front of the judge , if you would like me to call you to discuss further ,please let me know your convenient time .
Please note that as per my previous mail I explained the existing situation of DEH and Palace and the chance to get any support from them is very limited because of the Re Structure of the management board and implemented a new people for the operation , everything have been changed and not like before and we cannot get any letter from them this time .
Looking forward to your reply .
Kind Regards
Adel

**From:** Seth Ian F shman DVM
**Sent:** Wednesday, December 11, 2019 5:35 PM
**To:**
**Cc:** Andrew S Fe dman
**Subject:** RE: Attorney pr v eged commun cat on

Adel,

     Put together whatever you can as a draft.  Please remember that products were also requested by certain Vets working for private stables owned by HH… It's NOT limited to DEH, because the products themselves may not be the actual issue, but how they were used.

     Lina will eventually have to speak with the Palace either way because there are likely implications that go far beyond any importer or hospital.  The necessary steps moving forward might require more than a newly positioned staff of Al Meydan.  This is NOT an urgent request, just informing Lina that she will need to speak with the Palace herself eventually and provide clarification.

     My fears are that a few young and inexperienced US officials eager to make major headlines without understanding the politics will loose site of their objective quickly.  In respect to the crown I think being overly proactive would be far more appreciated than reactive.

     Please make certain that Lina also reads this email.


Thank you


**From:**
**Sent:** W
**To:** 'Seth Ian Fishman DVM'
**Cc:** 'Andrew S Feldman'
**Subject:** RE: Attorney privileged communication

Dear Seth ,

I have spoken to the Lawyer who has been away for more than a week and will not back before Jan 2020 , we discussed the issue with the limited information I have , he was concerned about the legal part of the issue and

whether wisdom involved and affected by the damages affected your business , I explain to him the relation of been 10 years working together and you are our supplier for some of the compounded products designed based on our request as well the connection with the government represented by DEH that wisdom is the main supplier for them for most of the range originated from USA, the question was whether the products imported without license from MOH as a Competent authority responsible for importing any Drugs to the Country , I told him that we have like a verbal permission to import through the DEH account and MOH is not involved and even cannot stop any order for them but he informed me that in this case we cannot do anything as no appropriate Doc available to support the case , as you know there is an internal changes with DEH managements and most of the old people left like Mr. Abdullah who had been supporting our logistic part with them and now the DEH managed by Al Meydan with new board of managements , the requested letter from them is so difficult as the new people does not know the previous circumstances , my suggestion if I can prepare the letter from Wisdom with stamp to declare the history with DEH and the business partnership with Yourself including all the websites and list of the illegal coming products to the market without permission from the Authority as well wisdom losses of not receiving orders on time and you can use it as an evidence might support the case against FDA claim .

I will be waiting your thought and suggestion to address more accordingly .

Looking forward to your reply .
Regards
Adel

---

**From:** Seth Ian F shman DVM
**Sent:** Tuesday, December 10, 2019 10:32 PM
**To:**                              W sdomVet
**Cc:** Andrew S Fe dman
**Subject:** Attorney pr v eged commun cat on

Adel/Lina,

Please let me know when you have a lawyer to include in our communications so we can discuss how to move forward on the seized product.   My attorney is exploring options now for getting a lawyer to represent you and your clients for the seized products.  One thing you may want to do is make a list of all the products and websites that originate from the USA and sold illegally in UAE.  The FDA guidelines are very clear and for anyone in the USA to legally export product to another country they must:

(A) accords to the specifications of the foreign purchaser,
(B) is not in conflict with the laws of the country to which it is intended for export,
(C) is labeled on the outside of the shipping package that it is intended for export, and
(D) is not sold or offered for sale in domestic commerce (This is the mistake I may have made because as I licensed veterinarian technically I could sell to my clients under with a proper label).

I am fairly certain that the websites that are selling in your markets have not been compliant.

Regarding the question of financial loses to you and your customers for delays in product delivery this is something that can be addresses with the attorneys in a future conference call.

Sincerely

Seth