**United States v. Seth Fishman and Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 03/14/2019 |
| TIME: | 01:24:01 P.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 937-260-2706 |
| PARTICIPANTS: | SETH FISHMAN [SF] <br> ADRIENNE HALL [AH] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

1



GOVERNMENT
EXHIBIT
104A-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. | | [00:50 Recording Start] |
| 2. | SF: | It might have been the MGF and the TB7 because since you don't give your horses much it was probably, uh, kind of like treating a virgin horse. |
| 3. | AH: | The one that looked like it worked the best on is the horse, the tie-up horse and that's the one that we treated with the whole program stuff. Um, that's the one that had the tie-up issues or the bad blood, but he was on the bit. Like we never even asked him, like Juan trained him this morning and he came home, like I told you in 27 with the jog cart and not even, like, fast. Like just on his own, like completely. |
| 4. | SF: | Alright, well awesome. You know, because like I said, it usually takes like a week to kick in, but, again, when you have horses that are getting everything under the sun versus your horses which are not getting much, you know. It's all relative. |
| 5. | AH: | Right, yeah so, we will see how they do. But, um – so, I will keep you posted. |
| 6. | | [01:53 Recording Ends] |