


**Extraction Report** - Cellebrite Reports

## SMS Messages (73)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted | * |
|---|---|---|---|---|---|---|---|---|
| 1 | Sent | | Time 2/29/2020 8:11:23 PM(UTC+0) | Sent | Phone | Ok thx<br>Source Extraction: Advanced Logical | | 🏷 |
| 2 | Inbox | | Time 2/29/2020 8:11:13 PM(UTC+0) | Read | Phone | I'm all set this week Lisa. Thank you for checking. Please leave me on the list.<br>Source Extraction: Advanced Logical | | 🏷 |
| 3 | Sent | | Time 2/29/2020 8:04:00 PM(UTC+0) | Sent | Phone | Hello it is Lisa from Equestology just checking in to see if you need any vet supplies this week or if you wish for me to take you off the list for texting.. just let me know thank you<br>Source Extraction: Advanced Logical | | 🏷 |
| 4 | Sent | | Time 5/21/2019 3:50:27 PM(UTC+0) | Sent | Phone | Ok thx<br>Source Extraction: Advanced Logical | | 🏷 |
| 5 | Inbox | | Time 5/21/2019 2:47:09 PM(UTC+0) | Read | Phone | May I please get<br>2 DHEA EHG<br>2 PG 2<br>1 large SMZ<br>1 large gentamicin<br>Thank you<br>Source Extraction: Advanced Logical | | 🏷 |
| 6 | Inbox | | Time 5/20/2019 7:34:03 PM(UTC+0) | Read | Phone | Ok I will place an order tomorrow thank you<br>Source Extraction: Advanced Logical | | 🏷 |
| 7 | Sent | | Time 5/20/2019 7:07:05 PM(UTC+0) | Sent | Phone | DHEA EGH $30<br>PG 2 $32.50<br>SMZ $50<br>Source Extraction: Advanced Logical | | 🏷 |
| 8 | Inbox | | Time 5/20/2019 7:05:44 PM(UTC+0) | Read | Phone | Hi Lisa. Doc and my husband ta ked. I need some prices and bottle size when you have time.<br>DHEA EGH<br>PG2 equimas<br>Large bottle of smz pills<br>Thanks<br>Source Extraction: Advanced Logical | | 🏷 |
| 9 | Inbox | | Time 5/17/2019 9:08:31 PM(UTC+0) | Read | Phone | Ok thank you<br>Source Extraction: Advanced Logical | | 🏷 |
| 10 | Sent | | Time 5/17/2019 9:08:22 PM(UTC+0) | Sent | Phone | 561-270-9286<br>Source Extraction: Advanced Logical | | 🏷 |
| 11 | Sent | | Time 5/17/2019 9:08:11 PM(UTC+0) | Sent | Phone | I'm sorry but if you need further information please text dr. Fishman and write down what he says exactly.<br>Source Extraction: Advanced Logical | | 🏷 |

**GOVERNMENT EXHIBIT 403-M**
S6 20 Cr. 160 (MKV)

1

| # | Folder | Time | Status | Type | Message |
|---|---|---|---|---|---|
| 12 | Inbox | Time 5/17/2019 9:07:46 PM(UTC+0) | Read | Phone | Ok 30 hours no? And do I just give them? **Source Extraction:** Advanced Logical |
| 13 | Sent | Time 5/17/2019 8:58:59 PM(UTC+0) | Sent | Phone | according to Doc 15 pills 24hrs out, then 15  8 hrs **Source Extraction:** Advanced Logical |
| 14 | Inbox | Time 5/17/2019 8:57:16 PM(UTC+0) | Read | Phone | Quick question. I'm going to use those pills on my mare this week. She's racing Wednesday. What is the best time to give them Tuesday? I know you said 15 pills day of 6 hours out. **Source Extraction:** Advanced Logical |
| 15 | Inbox | Time 5/13/2019 3:43:12 PM(UTC+0) | Read | Phone | Ok I understand now. Last shipment you sent me I ke 4 pages stapled together saying how to use the VO2 max and the serenity. That's the paper my husband lost. **Source Extraction:** Advanced Logical |
| 16 | Inbox | Time 5/13/2019 3:43:02 PM(UTC+0) | Read | Phone | Ok I understand now. Last shipment you sent me I ke 4 pages stapled together saying how to use the VO2 max and the serenity. That's the paper my husband lost. **Source Extraction:** Advanced Logical |
| 17 | Sent | Time 5/13/2019 3:41:53 PM(UTC+0) | Sent | Phone | The card will be run on Friday I will email you as soon as I have an internet connection **Source Extraction:** Advanced Logical |
| 18 | Inbox | Time 5/13/2019 3:41:34 PM(UTC+0) | Read | Phone | I wasn't sure if you were saying you couldn't run the card until Friday or you couldn't run off the suggested use instructions until frida **Source Extraction:** Advanced Logical |
| 19 | Sent | Time 5/13/2019 3:40:49 PM(UTC+0) | Sent | Phone | I can email you the new product list but that's not really an instruction booklet but that's what I have. **Source Extraction:** Advanced Logical |
| 20 | Inbox | Time 5/13/2019 3:40:27 PM(UTC+0) | Read | Phone | The instruction booklet you sent me the last time with how to use the products **Source Extraction:** Advanced Logical |
| 21 | Sent | Time 5/13/2019 3:38:09 PM(UTC+0) | Sent | Phone | What paperwork are you referring to? I can send you the invoice **Source Extraction:** Advanced Logical |
| 22 | Inbox | Time 5/13/2019 3:37:05 PM(UTC+0) | Read | Phone | The paperwork? **Source Extraction:** Advanced Logical |
| 23 | Sent | Time 5/13/2019 3:35:14 PM(UTC+0) | Sent | Phone | Okay I won't be able to run it until Friday, I'm out of the office till then **Source Extraction:** Advanced Logical |
| 24 | Inbox | Time 5/13/2019 3:34:44 PM(UTC+0) | Read | Phone | Ok you can run it. Please send me another instruction packet. My husband lost mine ALREADY. Thank you **Source Extraction:** Advanced Logical |
| 25 | Sent | Time 5/13/2019 3:22:38 PM(UTC+0) | Sent | Phone | Total is $345.50 **Source Extraction:** Advanced Logical |
| 26 | Inbox | Time 5/13/2019 3:07:41 PM(UTC+0) | Read | Phone | Awesome! **Source Extraction:** Advanced Logical |

| # | Direction | Time | Status | Type | Message |
|---|---|---|---|---|---|
| 27 | Sent | Time 5/13/2019 3:07:01 PM(UTC+0) | Sent | Phone | Ok I'm calling my distributor now, looks like 500 CT robaxin is back<br>Source Extraction: Advanced Logical |
| 28 | Inbox | Time 5/13/2019 3:05:51 PM(UTC+0) | Read | Phone | Text me the total please and I'll transfer the money and then text you<br>Source Extraction: Advanced Logical |
| 29 | Sent | Time 5/13/2019 3:03:23 PM(UTC+0) | Sent | Phone | Ok<br>Source Extraction: Advanced Logical |
| 30 | Inbox | Time 5/13/2019 3:02:37 PM(UTC+0) | Read | Phone | Ok send me two packages of bleeder pills. And 5 bottles of robaxin<br>Source Extraction: Advanced Logical |
| 31 | Sent | Time 5/13/2019 3:01:21 PM(UTC+0) | Sent | Phone | Robaxin tablets are $22 for 100 pills<br>Source Extraction: Advanced Logical |
| 32 | Sent | Time 5/13/2019 2:59:20 PM(UTC+0) | Sent | Phone | According to doc if really bad bleeder then give 15 day before & 15 day of ( 6 hrs out). There are 30 pills in one package<br>Source Extraction: Advanced Logical |
| 33 | Inbox | Time 5/13/2019 2:53:51 PM(UTC+0) | Read | Phone | Are the bleeder pills one pack a race or can I get more then a race out of a pack?<br>Source Extraction: Advanced Logical |
| 34 | Inbox | Time 5/13/2019 2:53:11 PM(UTC+0) | Read | Phone | She gushed<br>Source Extraction: Advanced Logical |
| 35 | Sent | Time 5/13/2019 2:52:57 PM(UTC+0) | Sent | Phone | I will let you know price in 20 minutes, not in front of computer right now<br>Source Extraction: Advanced Logical |
| 36 | Sent | Time 5/13/2019 2:52:03 PM(UTC+0) | Sent | Phone | You can use it with or without pills, if really bad bleeder then you use both<br>Source Extraction: Advanced Logical |
| 37 | Inbox | Time 5/13/2019 2:51:07 PM(UTC+0) | Read | Phone | How many bleeder pills in a pack? I don't need the VO2 I still have the bottle you sent I didn't use it cuz I didn't know I was supposed to use it with the pills. How much is the robaxin?<br>Source Extraction: Advanced Logical |
| 38 | Sent | Time 5/13/2019 2:49:05 PM(UTC+0) | Sent | Phone | Ok , how many packages of bleeder pills & vo2 ? Also I can only get robaxin pills in 100 CT right now, is that good or will you need more bottles ?<br>Source Extraction: Advanced Logical |
| 39 | Inbox | Time 5/13/2019 2:40:41 PM(UTC+0) | Read | Phone | He Lisa. I need the bleeder pills that go with the VO2 max<br>Acetylcysteine powder<br>Robaxin pills<br>And a case of drenchs<br>Please text me the total before you run my card I will need to transfer money before you run it. Thanks!<br>Source Extraction: Advanced Logical |
| 40 | Inbox | Time 5/11/2019 5:07:27 PM(UTC+0) | Read | Phone | Ok thank you<br>Source Extraction: Advanced Logical |
| 41 | Sent | Time 5/11/2019 5:01:24 PM(UTC+0) | Sent | Phone | Okay just text me and I can get it out on Monday what you need<br>Source Extraction: Advanced Logical |

3

| # | Folder | Time | Status | Source | Message |
|---|---|---|---|---|---|
| 42 | Inbox | Time 5/11/2019 5:00:38 PM(UTC+0) | Read | Phone | Ok I'm going to place an order Monday also I was supposed to order the bleeding pills when I ordered VO2 max<br>Source Extraction: Advanced Logical |
| 43 | Sent | Time 5/11/2019 4:56:21 PM(UTC+0) | Sent | Phone | Yes<br>Source Extraction: Advanced Logical |
| 44 | Inbox | Time 5/11/2019 4:55:34 PM(UTC+0) | Read | Phone | Hi Lisa. Do you have robaxin pills?<br>Source Extraction: Advanced Logical |
| 45 | Inbox | Time 4/27/2019 2:33:57 PM(UTC+0) | Read | Phone | Ok thank you<br>Source Extraction: Advanced Logical |
| 46 | Sent | Time 4/27/2019 2:17:28 PM(UTC+0) | Sent | Phone | Ask Dr Fishman, but all included sheet that has some instructions from him<br>Source Extraction: Advanced Logical |
| 47 | Inbox | Time 4/27/2019 2:16:49 PM(UTC+0) | Read | Phone | And 2 dose syringes please<br>Source Extraction: Advanced Logical |
| 48 | Inbox | Time 4/27/2019 1:33:11 PM(UTC+0) | Read | Phone | Ok I'll take 1 Serenity, 1 VO2 max, 1 lipotrope, 1 fulvicin please. Can you overnight? I understand if it's more to ship. The horse is in Wednesday. Are you able to give administration directions or do I need to ask dr?<br>Source Extraction: Advanced Logical |
| 49 | Sent | Time 4/27/2019 1:26:21 PM(UTC+0) | Sent | Phone | No, I believe it's for two uses<br>Source Extraction: Advanced Logical |
| 50 | Inbox | Time 4/27/2019 1:14:56 PM(UTC+0) | Read | Phone | Are they both single use?<br>Source Extraction: Advanced Logical |
| 51 | Sent | Time 4/27/2019 1:12:48 PM(UTC+0) | Sent | Phone | Serenity is 40, VO2 max is 60.. unfortunately UPS does not pick up on Saturday so this would have to go out Monday just let me know what you need thanks<br>Source Extraction: Advanced Logical |
| 52 | Inbox | Time 4/27/2019 1:06:18 PM(UTC+0) | Read | Phone | Hi Lisa, Dr. Fishman and my husband were finally able to connect this morning. He recommended sirenity for anxiety and the bleeder VO2 max. Can you please let me know how much those are and if you will be able to ship today. And directions for use thank you<br>Source Extraction: Advanced Logical |
| 53 | Sent | Time 4/25/2019 8:12:32 PM(UTC+0) | Sent | Phone | Ok<br>Source Extraction: Advanced Logical |
| 54 | Inbox | Time 4/25/2019 8:08:25 PM(UTC+0) | Read | Phone | Ok thank you. I'll be back in touch. Waiting to hear from Dr. Fishman about a couple other things<br>Source Extraction: Advanced Logical |
| 55 | Sent | Time 4/25/2019 8:07:19 PM(UTC+0) | Sent | Phone | Sorry I forgot to respond to this..<br>Equistem $250<br>Lipotrope $20<br>Source Extraction: Advanced Logical |
| 56 | Inbox | Time 4/25/2019 8:05:31 PM(UTC+0) | Read | Phone | I also needed a price on liprotropes<br>Source Extraction: Advanced Logical |

4

| # | Folder | Time | Status | Type | Message |
|---|---|---|---|---|---|
| 57 | Inbox | Time 4/24/2019 11:01:22 PM(UTC+0) | Read | Phone | Hi Lisa, I was wondering how much a bottle of equistem is?<br>Source Extraction: Advanced Logical |
| 58 | Inbox | Time 3/28/2019 4:22:51 PM(UTC+0) | Read | Phone | Thank you<br>Source Extraction: Advanced Logical |
| 59 | Sent | Time 3/28/2019 4:22:40 PM(UTC+0) | Sent | Phone | Ok thx<br>Source Extraction: Advanced Logical |
| 60 | Inbox | Time 3/28/2019 4:22:28 PM(UTC+0) | Read | Phone | 12 please<br>Source Extraction: Advanced Logical |
| 61 | Sent | Time 3/28/2019 4:14:29 PM(UTC+0) | Sent | Phone | Do you want a 12 pack or a 24 pack?<br>Source Extraction: Advanced Logical |
| 62 | Inbox | Time 3/28/2019 2:48:14 PM(UTC+0) | Read | Phone | No thank you<br>Source Extraction: Advanced Logical |
| 63 | Sent | Time 3/28/2019 2:46:04 PM(UTC+0) | Sent | Phone | Sure, do you need anything else?<br>Source Extraction: Advanced Logical |
| 64 | Inbox | Time 3/28/2019 1:09:32 PM(UTC+0) | Read | Phone | Can you please send me out another case of drenches. Thank you<br>Source Extraction: Advanced Logical |
| 65 | Inbox | Time 3/1/2019 6:28:11 PM(UTC+0) | Read | Phone | Ok thank you for your time<br>Source Extraction: Advanced Logical |
| 66 | Sent | Time 3/1/2019 6:17:00 PM(UTC+0) | Sent | Phone | Ok , I'll get this out today and Dr. Fishman's number 561-270-9286 go ahead & text him to have him call if you want to inquire more<br>Source Extraction: Advanced Logical |
| 67 | Inbox | Time 3/1/2019 5:58:12 PM(UTC+0) | Read | Phone | 1 gentocin 250mls<br>2 tubes fulvicin<br>2 hemo 15<br>2 clotol 21%<br>2 caco copper<br>1 vita B 12 5000<br>20 tubes omeprazole w/ranididine<br>2 diclazuril<br>1 daily epm w/folic acid<br>1 p- block<br>1 adrenal cortex<br>Thank you<br>Source Extraction: Advanced Logical |
| 68 | Inbox | Time 2/28/2019 10:22:25 PM(UTC+0) | Read | Phone | Thanks<br>Source Extraction: Advanced Logical |
| 69 | Inbox | Time 2/28/2019 10:22:21 PM(UTC+0) | Read | Phone | Gremlinwilson1@gmail.com<br>The epm daily w/folic acid<br>Diclazoral<br>Rvi<br>Jugs<br>Jug tube<br>Omeprazole w/rantitide<br>Oral epm td paste<br>Oral flovicine<br>Source Extraction: Advanced Logical |

| # | | Time | | | Message | |
|---|---|---|---|---|---|---|
| 70 | Sent | Time 2/28/2019 10:17:08 PM(UTC+0) | Sent | Phone | Shoot me your email. I'll send it to you later on. I'm not in the office right now. Let me know what you might need thanks<br>**Source Extraction:** Advanced Logical | |
| 71 | Inbox | Time 2/28/2019 10:13:58 PM(UTC+0) | Read | Phone | Are you able to email me a product list?<br>**Source Extraction:** Advanced Logical | |
| 72 | Sent | Time 2/28/2019 10:12:56 PM(UTC+0) | Sent | Phone | Ok<br>**Source Extraction:** Advanced Logical | |
| 73 | Inbox | Time 2/28/2019 10:08:37 PM(UTC+0) | Read | Phone | Hi Lisa, this is Megan, Renee was texting you for me about some stuff. She just gave me your number so she wasn't the go between.<br>**Source Extraction:** Advanced Logical | |