

**Coastal Veterinary Services, LLC**
14274 Cokesbury Rd.
Georgetown, DE 19947
Phone: (302) 629-2782
Fax: (302) 629-4558

**Medical Record**
Patient: Louisville
Patient No: 6385
Species/Breed: Equine, Standardbred
Gender: GD
Age:
Weight:   lbs
Patient ID:

Received
JAN 25 2011
Investigative Unit DPR

Provider: Lisa

Client: #97 Nanticoke Racing
Les Givens
26120 Fire Tower Road
Seaford, DE 19973

Record No: 9117        Date: 01/05/11        Patient: Louisville        Client: #97 Nanticoke Racing

**History**

| Location | Provider | Problem | Provider |
|---|---|---|---|
|  | 0 |  | 0 |

History notes:

**Examinations**

| Exam | Result | Notes |
|---|---|---|

Exam notes:
@ 1130 am....Arrived at the farm,

Talked to the grooms in the barn....
Gave the animal pentosan gold injectable 12 ml iv slowly over the course of around 1 - 2 minutes, felt confident in the vein.

Drug in question is;
Pentosan gold batch 10334, exp 09-13, dom 9-10

Asked about where the medication came from because I did not dispense it. They bought it from Lisa M. Ranger who sells drugs for Seth I. Fishman (Florida license # N1-0002244). I am suspicious this veterinarian does not have a client patient relationship and I am positive the individual driving around the farms selling drugs behind/under Dr. Fishmans name is NOT a licensed veterinarian. Dr. Fishman is not licensed in Delaware from what I can research online.

Investigated Dr. Fishman online; I do not believe he is appropriately licensed in the state of Delaware. I did call him [redacted] and inform him of what happened and he was surprised and expressed he had just returned state side from being out of the country (I believe he said Brazil) for an extended period of time. So once again, I am suspicious he does not have a stable patient/client relationship. He also stated that half of that batch number (10334) went to Hong Kong and he has heard no reports of adverse drug reactions to the implicated medication. I am concerned this veterinarian is not physically examining these animals and is in this medications sales situation strictly for profit.

My biggest concern with this case is that Lisa M Ranger [redacted] Delaware 19943) is not a licensed veterinarian and she is driving around this state selling medications, needles, syringes and

GOVERNMENT
EXHIBIT
3001
S6 20 Cr. 160 (MKV)

4

USAO_20CR160_00113267

prescription drugs without a license and no professional training in regards to the medications she is dispensing. I have observed her selling products out of her vehicle at farms in Harrington, Dovington Training Center, Gateway Farms and now Seaford. ███████████████████████████████████
███████████████████████████████████ She is also dispensing medications that are not approved in the US which is also a FDA and potentially a DEA violation. It is to my understanding she is also selling anabolic steroids. She is also falsely advertising herself as a veterinarian on petfinder.com as a veterinarian in Delaware under the business auspices of "Equestology"

It is to my belief that there are several infractions occurring with this case according to the following.....
1. Veterinary Practice Act Law - http://delcode.delaware.gov/title 24/c033/index.shtml
2. Veterinary Practice Act Regulations - http://regulations.delaware.gov/admincode/title 24/3300.shtml
3. Controlled Substances Act Law - go to section 4757, theres an exception for poultry and livestock (not horses)
http://delcode.delaware.gov/title 16/c047/sc04/index.html

Received
JAN 25 2011
Investigative Unit DPR

USAO_20CR160_00113268

Jan 24 2011 1:23PM   Cokesbury Equine Clinic   302-629-4558   p.6

5