USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: POST-SENTENCING
- v. - : RESTRAINING ORDER
:
: S6 20 Cr. 160 (MKV)
SETH FISHMAN, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Upon the Indictment, S6 10 Cr. 160 (MKV), and the conviction of defendant SETH FISHMAN (the "defendant"), and the application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Sarah Mortazavi, Assistant United States Attorney, of counsel, pursuant to the All Writs Act, 28 U.S.C. § 1651(a);

    IT IS HEREBY ORDERED that:

    The defendant and all attorneys, agents, employees, and anyone acting on his behalf, and all persons or entities, acting in concert or participation with any of the above, shall not take any action prohibited by this Order; and

    IT IS HEREBY FURTHER ORDERED that the defendant, his attorneys, agents, employees, and anyone acting on their behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of this order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the following property, except as approved by the Court and the Government:

All right, title and interest of SETH FISHMAN, the defendant, in any and all property, or interests property, held in the name of, or for the benefit of, SETH FISHMAN (collectively, the "Assets").

IT IS HEREBY FURTHER ORDERED that:

The defendant shall not use or permit the Assets to be used for any illegal activity, or in any manner that would invalidate insurance on the Assets or diminish the value of the Assets, neither shall they cause any alteration to the Assets without the prior written consent of the United States Attorney's Office.

IT IS HEREBY FURTHER ORDERED that this Restraining Order shall be binding upon the defendant, his attorneys, agents and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order.

IT IS HEREBY FURTHER ORDERED that service of a copy of this Order shall be made forthwith on the defendant's attorneys by electronic mail following the filing of this Restraining Order.

Dated:   New York, New York
         July _11_, 2022

                                        SO ORDERED:

                                        _____
                                        HONORABLE MARY KAY VYSKOCIL
                                        UNITED STATES DISTRICT JUDGE