UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 20-cr-160 (MKV) |
| SETH FISHMAN, | ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/20/2022

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the government shall file any response to the defendant's objections to the preliminary order of forfeiture [ECF No. 931] by September 30, 2022.  Any reply is due October 7, 2022.

**SO ORDERED.**

Date:  September 20, 2022
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1