UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022

20-cr-160-7 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a hearing on the forfeiture on October 24, 2022 at 10:30 a.m. *See* Fed. R. Crim. P. 32.2(b)(1)(B). The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  October 18, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1