```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-                        20-cr-160-7 (MKV)

SETH FISHMAN,                                 ORDER

                Defendant.

MARY KAY VYSKOCIL, United States District Judge:

On October 24, 2022, the Court held a videoconference to discuss the logistics of resolving Defendant's objection to the forfeiture in this case. As the Court discussed with the parties during that videoconference, counsel for both sides had consented at Dr. Fishman's sentencing to the Court holding an evidentiary hearing and, if warranted, amending the forfeiture order after announcing the sentencing and entering the judgment in this case. During the October 24, 2022 videoconference, counsel for both sides again consented to proceed with a hearing and, if warranted, amendment of the forfeiture order. The Court notes that the delay in resolving the forfeiture is largely a result of defense counsel's series of requests for extensions of time [ECF Nos. 904, 938, 950].

Thus, as the Court stated during the videoconference, IT IS HEREBY ORDERED that the parties shall appear for the hearing on the forfeiture on November 10, 2022 at 1:00 p.m.

IT IS FURTHER ORDERED that defense counsel shall file a letter by 5:00 on October 28, 2022 informing the Court whether Dr. Fishman wishes to be present at the forfeiture hearing, to appear by videoconference, or to waive any appearance.

**SO ORDERED.**

Date: October 26, 2022                                */s/ Mary Kay Vyskocil*
      New York, NY                               **MARY KAY VYSKOCIL**
                                                      **United States District Judge**