UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/10/2022__

20-cr-160-7 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that the parties shall appear for a hearing on the forfeiture on December 1, 2022 at 10:30 a.m.

**SO ORDERED.**

Date: **November 10, 2022**
   **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1