UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 20-cr-160-7 (MKV) |
| SETH FISHMAN, | SCHEDULING ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023

MARY KAY VYSKOCIL, United States District Judge:

On January 6, 2023, the Court held a status conference in this matter. As the Court stated on the record at the conference, IT IS HEREBY ORDERED that the parties shall appear for a hearing on the forfeiture on March 6, 2023 at 10:00 a.m. The hearing will not be adjourned again.

If Dr. Fishman intends to testify at the hearing, he must be physically present in the courtroom. Accordingly, IT IS FURTHER ORDERED that defense counsel shall file a letter by 4:00 p.m. on January 9, 2023 informing the Court whether Dr. Fishman intends to testify and, if not, whether he waives any right he may have to be present at the hearing.

**SO ORDERED.**

**Date: January 6, 2023**          MARY KAY VYSKOCIL
New York, NY                       **United States District Judge**

1