```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

SETH FISHMAN,

                Defendant and
                Judgment Debtor,

and

ALEXANDER CAPITAL, LP,

                Respondent.

No. 20 CR 160-7 (MKV)

**PUBLIC FILING**

## ANSWER OF THE RESPONDENT

I, __Michele Misiti__, the __Chief Compliance Officer__ of the Respondent
    (name)                (title)

__Alexander Capital, L.P.__, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[ ] An individual doing business in the name of _____.
[✓] A partnership, [✓] LP, [ ] LLP or [ ] LLC
[ ] A corporation, organized under the laws of the State of _____.

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[ ] facsimile at ( ) ___-_____ and/or
[✓] e-mail at ███████████████ and/or
[ ] first class mail at _____
_____.

Answer of Respondent to Restraining Notice & Information Subpoena – Page 1



JAN 30 2022

On  January 12            , 2023, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Type: Indivdual
No.: ▇▇▇8300
Title owner(s): Dr. Seth Fishman
Amount: $ 1,731.68

**Account 2**
Type:
No.:
Title owner(s):
Amount: $

**Account 3**
Type:
No.:
Title owner(s):
Amount: $

**Account 4**
Type:
No.:
Title owner(s):
Amount: $

2. **Safety Deposit Box**

Box No.: None. N/A
Last accessed:
Owners other than the judgment debtor:

3. Detail other personal property in the respondent's possession, custody, or control:

None. N/A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
[ ] Yes or [✓] No; if the answer is yes, describe below (case number, state, county):

5. Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [✓] Yes or [ ] No
If the answer is yes, describe below:

Private Placements in Alexander Capital Ventures, LLC. Investment list attached.

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6. Check and complete the applicable line below:

[ ] Respondent has the following objections, defenses, or set-offs:

_____

_____

[ ] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, _____, at _____;

✓ (2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

✓ (3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _17_ day of _January_, 2023.

_____    Michele Misiti
(Signature)                       (Print Name)

Title  Cheif Compliance Officer

Address  17 State Street, 5th Floor

City, State, Zip  New York, NY 10004

Telephone and Fax Numbers  ████████████

Email  ████████████

STATE OF _New York_
COUNTY OF _Richmond_

Subscribed and sworn to before me this _17th_ day of _January_, 2023.

_____    My Commission expires: _9.25.25_
Notary Public Signature                                  (Seal)

EDWARD MORREALE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MO6062694
Qualified in Richmond County
Commission Expires September 25, 2025

Answer of Respondent to Restraining Notice & Information Subpoena – Page 3

Seth Fishman Interest in Alexander Capital Ventures, LLC

- Alexander Capital Ventures, LLC – Series BETA-1 – Amount invested $50,000.
- Alexander Capital Ventures, LLC – Series DELTA-1 – Amount invested $75,000.
- Alexander Capital Ventures, LLC – Series EPSILON-1 – Amount invested $25,000.
- Alexander Capital Ventures, LLC – Series Y-1 – Amount invested $30,000.