UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2023

20-cr-160-7 (MKV)

ORDER OF FORFEITURE/
MONEY JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

For the reasons set forth in detail in the Court's Opinion and Order on Forfeiture dated July 7, 2023 [ECF No. 1108], IT IS HEREBY ORDERED that:

1. As a result of the offenses charged in Counts One and Two of the Indictment, of which the defendant SETH FISHMAN was found guilty by a jury on February 2, 2022, a money judgment shall be entered against the defendant in the amount of $10,312,627.40 in United States currency (the "Money Judgment"), of which $77,396.50 represents the value of the Forfeitable Property from the offense charged in Count One of the Indictment, and $10,235,230.90 represents the value of the Forfeitable Property from the offense charged in Count Two of the Indictment.

2. This Order of Forfeiture/Money Judgment is final as to the defendant SETH FISHMAN and shall be deemed part of his sentence and included in an amended judgment of conviction to be issued by the Court.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit,

One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. The Court retains jurisdiction to enforce this Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

**SO ORDERED.**

**Date: July 10, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**