UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,



-v.-

SETH FISHMAN,

Defendant.
------------------------------------------------------------x

**AMENDED NOTICE OF APPEAL**

20-cr-160-7 (MKV)

Notice is hereby given that Seth Fishman, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment entered in this action on July 14, 2023, from the underlying Opinion & Order on Forfeiture entered on July 7, 2023, and from the order entered in this action August 23, 2023 as Dkt. 1137, denying defendant's motion for reconsideration. This notice amends the notice of appeal that was filed in this case on July 24, 2023 as Dkt. 1120, for which the filing fee was paid.

Respectfully,

/s/ Richard D. Willstatter
Richard D. Willstatter
*Attorney for Seth Fishman*
200 Mamaroneck Ave., Suite 605
White Plains, New York 10601
(914) 948-5656

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-24-23

Counsel for the United States:
AUSA Sarah Mortazavi
1 St. Andrew's Plaza
New York, New York 10007
(212) 637-2529