UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2023

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

20-cr-160 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Government's Motion for Forfeiture of Property [ECF No. 1146], and Defendant Fishman's opposition brief [ECF No. 1160]. The Government is directed to submit any reply brief on or before October 16, 2023.

**SO ORDERED.**

Date: October 4, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1