USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

20-cr-160 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's motion to stay [ECF No. 1179]. The Government is directed to submit any opposition brief on or before noon on November 17, 2023.

**SO ORDERED.**

Date: **November 14, 2023**
   **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1