UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SETH FISHMAN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024

20-cr-160-7 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Clerk's Office received an inquiry from a member of the public who seeks access to exhibits the defense submitted to the Court, but did not file on ECF, in advance of the forfeiture hearing in this case. As the parties are aware, there is a presumptive right of public access to court documents. *See United States v. Amodeo*, 71 F.3d 1044, 1049–51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED that, by February 21, 2024, the parties shall file a joint letter informing the Court of their positions on the release of the exhibits to members of the public.

**SO ORDERED.**

**Date: February 14, 2024**
**New York, NY**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1